# UNITED STATES DISTRICT COURT
для the
District of Colorado

| United States of America | ) | Case No. 1:22-mj-00065-NRN |
|---|---|---|
| v. | ) | |
| LEONARD CORDOVA *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about September 12, 2021 and September 19, 2021, in the State and District of Colorado, LEONARD CORDOVA violated:

*Code Section* — 18 U.S.C. § 922(g)(1)
*Offense Description* — Prohibited Person in Possession of Firearm/Ammunition

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

X  Continued on attached sheet.

*KC Hughes*
*Complainant's signature*

FBI Special Agent KC Hughes
*Printed name and title*

Sworn to before me and:
☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 04/13/2022

*Judge's signature*

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*