| | |
|---|---|
| DEFENDANT: | LEONARD CORDOVA |
| AGE or YOB: | 1979 |
| COMPLAINT FILED? | ___x___ Yes   _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER: 22-mj-65-NRN |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | _x_ Yes   __ No<br>If No, a new warrant is required |
| OFFENSE(S): | Counts 1 and 2: Possession of a Firearm/Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| LOCATION OF OFFENSE: | Pueblo County, Colorado |
| PENALTY: | Counts 1 and 2: NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 Special Assessment. |
| AGENT: | KC Hughes<br>Special Agent, FBI |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X_ five days or less; __ over five days

THE GOVERNMENT

 X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.