IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00132-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LEONARD CORDOVA,

        Defendant.

_____

**MOTION TO WITHDRAW AS COUNSEL**
_____

      Mary V. Butterton, Assistant Federal Public Defender, hereby moves to withdraw as counsel for the defendant, Leonard Cordova. CJA Panel Attorney Harvey Steinberg entered his appearance on June 21, 2022. Doc. 22. Undersigned counsel therefore requests that this motion be granted. Counsel also requests that ECF Notification be terminated.

                                  Respectfully submitted,

                                  VIRGINIA L. GRADY
                                  Federal Public Defender

                                  _____s/ Mary Butterton_____
                                  MARY BUTTERTON
                                  Assistant Federal Public Defender
                                  633 Seventeenth Street, Suite 1000
                                  Denver, Colorado 80202
                                  Telephone: (303) 294-7002
                                  FAX: (303) 294-1192
                                  Email: Mary_Butterton@fd.org
                                  Attorney for Defendant

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Andrea Surratt, Assistant United States Attorney
  Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Leonard Cordova (via US Mail)

              s/ Mary Butterton
              MARY BUTTERTON
              Assistant Federal Public Defender
              633 Seventeenth Street, Suite 1000
              Denver, Colorado 80202
              Telephone: (303) 294-7002
              FAX: (303) 294-1192
              Email:  Mary_Butterton@fd.org
              Attorney for Defendant