# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-CR-00132-RMR

**UNITED STATES OF AMERICA**,
Plaintiff,

v.

**1. LEONARD CORDOVA**,
Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

Undersigned counsel, Craig L. Pankratz, from the law firm of Springer and Steinberg, P.C., hereby enters his appearance as co-counsel on behalf of the above-named Defendant.

Dated this 8th day of August, 2022.

> Respectfully submitted,
> s/ Craig L. Pankratz
> Springer & Steinberg, P.C.
> Attorneys for Defendant
> 1600 Broadway, Suite 1200
> Denver, CO 80202
> (303)861-2800
> cpankratz@springersteinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2022, I electronically filed the foregoing pleading with the Clerk of the Court, which will send notification of such filing to the following e-mail addresses:

**AUSA Andrea Lee Surratt**
**Email: andrea.surratt@usdoj.gov**

> s/ Craig L. Pankratz