**IN THE COUNTY/DISTRICT COURT IN AND FOR**
**THE COUNTY OF PUEBLO AND STATE OF COLORADO**

Criminal Action Number _____
Division _____

STATE OF COLORADO  )     APPLICATION AND AFFIDAVIT
                   )ss FOR
COUNTY OF PUEBLO    ) SEARCH WARRANT

The undersigned, being first duty sworn, upon oath, deposes and says:
1.   That this affidavit is made in support of an application for a search warrant to search the following premises, person(s), motor vehicle(s) or thing(s), to-wit:

The Premises of 54 Bridal Trail, a single-family dwelling green in color with tan bricks and the number 54 is located to the right of the front door.  A Gray 2013 Jaguar XF (Colorado plate-BKXP07) VIN. SAJWJ0EF0D8S88535 now located in the driveway of this residence, and any other vehicle associated with 54 Bridal Trail.
now located within Pueblo County, Colorado.

1.   That the person(s), property, motor vehicle(s) or thing(s) to be searched for, and seized if found:

( ) Is stolen or embezzled:
                    AND/OR
(x) Is designated or intended for use as a means of committing a criminal offense or is or has been                  so used;
                    AND/OR
(x ) Is illegal to possess;
                    AND/OR
(x) Would be material evidence in a subsequent criminal prosecution.

2.   The person(s), property, motor vehicle(s), or thing(s) to be searched for is or are:

- Any firearm to include illegal weapons, ammunition, spent shell casings, magazines, and any other firearm parts. Any Surveillance equipment including cameras, DVR and devices that would store data in relation to the surveillance system at this location.

4.   That additional facts submitted for this application are set out in an accompanying attachment incorporated herein by reference and made a part hereof as though fully set out herein, and designated as "Attachment A"

NOW, THEREFORE, the undersigned Applicant moves this Court for the issuance of a Search Warrant for the address of location named or described above for the search and seizure of the above-described person(s), property, motor vehicle(s) or thing(s).

The foregoing application and affidavit was subscribed and sworn to or affirmed before me this

14th day of September, 2021, by:__ _____ _____

**Officer Hunter Lewis**

**BY THE COURT:**

Judge Amiel J. Markenson

ATTACHMENT "A"

(The following is submitted in support of the attached "Application and Affidavit for Search Warrant".)

The facts establishing grounds for the issuance of a search warrant, and showing probable cause believe they exist are as follows:

On September 12, 2021 at approximately 1423 hours, I, Officer H. Lewis responded to 54 Bridal Trail, located in the city and county of Pueblo, Colorado for shots fired. Prior to my arrival, dispatch advised me that a male, later identified as Leonard Cordova (01/06/1979) was shooting a handgun at a vehicle that was passing by his house. The notes explained that Leonard was shooting at his girlfriend, Jaquelyn Brennan's (09/22/1986) ex-Husband, John Brennan (08/14/1987).

Upon my arrival, I other Officer's and I located the area where the shots were fired and noticed that there were approximately six 9mm Tulammo shell casings in the driveway of Leonard's house. There was a Jaguar in the driveway and the front door was open, but the glass screen door was closed. I knocked at the door, but no one came to the door. I rang the doorbell, and I could hear Leonard's voice come over the intercom. I asked Leonard if he was home and he explained to me that he was at a barbecue and was not home. I told him that someone was shooting in front of his home, and he tried to explain to me that he has been gone for a while and was not home during the shooting. I told him his front door was open and asked if anyone else was home. Leonard told me that his daughter should be home. I asked him if he could call her so we could make sure no one else was in the house. I asked for his permission to check the home for possible threats. Leonard said we could check for threats but said he would call his daughter first before we do. After I did not hear back from Leonard after a few minutes, we decided to open the door and call out that the police were at the door. I called out again and after I did not hear anyone, I stepped into the foyer portion of the house. Leonard immediately got back onto the intercom and said that he did not give us permission to check his home. I explained to him that he did give us permission, but he decided to retract his statement and say that we cannot check his home. He also said that the cameras were recording us and we do not have a right to be there. I explained to him that we had our camera's rolling as well and showed that we backed out.

Officer J. Klopp conducted a neighborhood canvas at my request, and he was able to speak with a person in the area that wanted to remain anonymous. Officer Klopp said the neighbor told him that he saw Leonard in the driveway pacing around before he noticed a sliver or tan boxy style SUV, possibly a Chevy Tahoe went by and stop in front of Leonard's home. The neighbor Leonard and the other person exchanged words before the SUV took off. The neighbor said that they saw Leonard go back towards a vehicle before turning around and firing at the silver or tan SUV. They said Leonard shot at the vehicle about six times and the SUV took off going westbound on Bridal Trail.

I checked for cameras at 58 Bridal Trail, and they were not home at the time of the incident. I did speak with Janice Martinez (12/20/1978) by phone and she said that her

cameras caught the entire incident on camera and knows that it was Leonard with the gun because he called earlier and said that he is going to have some trouble.  Leonard explained to them that it was his girlfriend's ex-boyfriend, and he would be showing up soon.  Janice and her husband explained to Leonard that they were out of town.  Janice said that she called her kids and told them to get into the basement because they know what Leonard is capable of.

A few minutes later Janice received a call from her kid saying they heard shots fired did not see if anyone was hit.  Janice said she looked at the camera footage and observed Leonard in the front yard pacing back and forth.  She then noticed a silver SUV drive up and you could hear Leonard and the occupant of the vehicle exchange words. Janice said the SUV started to leave and you could see Leonard point a handgun at the SUV and fire six rounds.   Janice said Leonard got back into his vehicle and left towards the SUV.  I asked Janice if she could send me the video of the incident and she emailed it to me.

I looked at the video and noticed that the Jaguar that I observed in the driveway earlier.  I noticed that Leonard walked into the picture and started strolling down the driveway towards the sidewalk.  Leonard looked back and forth down the street as if he was waiting for someone or something and a few seconds later saw a vehicle traveling westbound on Bridal Trail.  Leonard hustled back towards the house and was looking back.  A silver mid 2000's Jeep Grand Cherokee pulled up in front of Leonard's house and you could see a person hanging out of the window yelling something at Leonard.  The occupant of the vehicle appeared to see something he did not like and drove off in a hurry.  I could see Leonard come back into the camera and point a handgun with his right hand at the SUV and fire six rounds in the direction of the Jeep and residential homes.  Leonard immediately got back into his Jaguar and sped off in the direction of the Jeep.

I cleared Leonard and he had restraining order stipulating that he cannot possess or purchase a firearm or any other weapon.  (DTS/20200316 CIC/131855246 OCA/C0512020C 000133-013 DKT/C0512020C 000133) (PCO/07-THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM OR OTHER WEAPON)

I also requested for dispatch to run a criminal history on Leonard and the report revealed the following.

Felony-D0512020CR000306 Trespassing Trespass 1-Auto-with intent comm crime-att Guilty

Sentence-2 years probation.

In the Pueblo Police Department Computer System Leonard Cordova is flagged as a known gang member. Through my training and experience it is common gang members to carry handguns on their person for protection against rival gang members. As mentioned earlier there is video recording of Cordova holding a handgun and firing the weapon. The handgun Cordova is holding is consistent with it being a real handgun.

Cordova is a three time previously convicted felon and legally cannot possess a handgun or be around them. Through my training and experience it is common for people that are prohibited from possessing weapons, such as convicted felons, to hide weapons in areas such as closets, dresser drawers, sheds, storage containers, attics, under clothing, and other

INV_00000240

disguisable locations. Firearms are used as a means of currency and are very rarely thrown away such as illegal narcotics. Through my training and experience firearms are more difficult to obtain especially when you are a convicted felon and cannot legally possess them. Firearms also tend to hold sentimental value whether they are passed down from family members or used in the commission of a crime(s).

On September 14,2021 at approximately 1158 hours, Detectives from the Special Investigations Unit set up surveillance at 54 Bridal Trail, looking for Leonard Cordova who had a warrant that was signed by Judge Amiel Markenson for the crimes of illegal discharge of a firearm, possession of a weapon by previous offender and restraining order violation. (CIC/140032873 BND/0 OCA/21-17571 DOW/20210913)

Detectives on scene observed Leonard exiting and locking his front door of 54 Bridal trail with his personal keys. At this point Leonard was contacted by Detectives and was taken into custody.  After search incident to arrest, Leonard did not have possession of any handgun that used in the commission of the shooting from September 12, 2021.

Also located in the driveway of 54 Bridal Trail is the Gray 2013 Jaguar XF (Colorado plate-BKXP07) VIN. SAJWJ0EF0D8S88535 that is known to be associated with Leonard, this is also the same vehicle that Leonard left in after the shooting from September 12, 2021.

At this time, we have not located the firearm that was used in the commission of the crime, I am requesting a search warrant of the 54 Bridal Trail residence, to include all curtilages and vehicles on the property that may be storing the firearm and ammunition involved with the shooting.

SUBSCRIBED AND SWORN to before me this 14th day of September,  2021, by:

**Officer Hunter Lewis**

Judge Amiel J. Markenson

IN THE COUNTY/DISTRICT COURT IN AND FOR

THE COUNTY OF PUEBLO AND STATE OF COLORADO

Criminal Action Number _____
Division _____

# SEARCH WARRANT

**THE PEOPLE OF THE STATE OF COLORADO**

**TO: ANY PEACE OFFICER AUTHORIZED BY LAW TO EXECUTE SEARCH WARRANTS IN THE ABOVE NAMED COUNTY, GREETINGS:**

      **WHEREAS,   has made an affidavit and complaint** for the issuance of a search warrant, and

      **WHEREAS, the affidavit of the applicant seems proper and it** appears that reasonable grounds or probable cause exists for the issuance of a search warrant for the reason(s) marked with an "X" below:

      ( ) **Is stolen or embezzled;**
                **AND/OR**
      (x ) **Is designated or intended for use as a means of committing a criminal offense or is**
or            **has been so used;**
                **AND/OR**
      (x) **Is illegal to possess;**
                **AND/OR**
      (x ) **Would be material evidence in a subsequent criminal prosecution.**

**WE THEREFORE COMMAND YOU, with the necessary and proper assistance to search at any time the following premises, person(s), motor vehicle, or thing(s), within the next fourteen (14) days, to-wit:**
The Premises of 54 Bridal Trail, a single family dwelling green in color with tan bricks and the number 54 is located to the right of the front door.  A Gray 2013 Jaguar XF (Colorado plate-BKXP07) VIN. SAJWJ0EF0D8S88535 now located in the driveway of this residence, and any other vehicle associated with 54 Bridal Trail now located within Pueblo County, Colorado.

**and you will search for the following person(s), property, motor vehicle or things, to-wit**

- Any firearm to include illegal weapons, ammunition, spent shell casings, magazines, and any other firearm parts. Any Surveillance equipment including cameras, DVR and devices that would store data in relation to the surveillance system at this location.

 And if the same or any part thereof is found, that you seize the goods, property and things found and safely keep them until further order of this Court, or until they are admitted into any criminal proceedings conducted by a court of this state; and that you further file a report which inventories the goods and things which were found and seized or reporting that nothing was found and seized with this court.

INV_00000242

DATED this 14th day of September, 2021. BY THE COURT:

_____

Judge Amiel J. Markenson

INV_00000243