IN THE COUNTY/DISTRICT COURT IN AND FOR
THE COUNTY OF PUEBLO AND STATE OF COLORADO

Criminal Action Number
Division

STATE OF COLORADO )    APPLICATION AND AFFIDAVIT
                      )ss                       FOR
COUNTY OF PUEBLO )         SEARCH WARRANT

The undersigned, being first duty sworn, upon oath, deposes and says:

1. That this affidavit is made in support of an application for a search warrant to search the following premises, person(s), motor vehicle(s) or thing(s), to-wit:

   The premise of 54 Bridle Trail, including the property, driveway, vehicles, and enclosures located on the property. 54 Bridle Trail is the ninth house east from the corner of Vinewood Ln and Bridle Trail, on the south side of the street. It is a green two-story residence, with a light brown brick base.

   now located within Pueblo County, Colorado.

2. That the person(s), property, motor vehicle(s) or thing(s) to be searched for, and seized if found:

   ( ) Is stolen or embezzled:
           AND/OR
   (X) Is designated or intended for use as a means of committing a criminal offense or is or has been so used;
           AND/OR
   ( ) Is illegal to possess;
           AND/OR
   (X) Would be material evidence in a subsequent criminal prosecution.

3. The person(s), property, motor vehicle(s), or thing(s) to be searched for is or are:

   Firearms, ammunition, spent shell casings, firearms accessories, a white shirt with the letter "C" on it, electronic devices used for communication, an ankle monitor system, items identifying residency, items identifying ownership of vehicles, keys to 2009 silver Jaguar XF

4. That additional facts submitted for this application are set out in an accompanying attachment incorporated herein by reference and made a part hereof as though fully set out herein, and designated as "Attachment A"

NOW, THEREFORE, the undersigned Applicant moves this Court for the issuance of a Search Warrant for the address of location named or described above for the search and seizure of the above-described person(s), property, motor vehicle(s) or thing(s).

The foregoing application and affidavit was subscribed and sworn to or affirmed before me this

20th day of September, 2021, by: _____
                                          Detective

BY THE COURT:

_____
Judge Amiel J. Markenson

ATTACHMENT "A"

(The following is submitted in support of the attached "Application and Affidavit for Search Warrant".)

The facts establishing grounds for the issuance of a search warrant, and showing probable cause believe they exist are as follows:

On September 19th, 2021, I, Detective Joseph Cardona, was working as a member of the Crimes Against Persons Investigation Unit, in the City and County of Pueblo, State of Colorado. I was contacted by Sgt Chris Flores and asked to respond to the police station to assist patrol officers with a Shooting investigation.

Upon my arrival, I learned that at approximately 2311 hours, officers were dispatched to Parkview Hospital, 400 W 16th St, reference a Shooting. Dispatch advised the responding officers that two females walked into the emergency room with gun shot wounds. Dispatch also learned that the females stated they were being followed by the person who shot them.

Officer Rehan Cardona arrived on scene and relayed the following information to affiant. Upon her arrival, she identified the victims to be Jacylen Brennan (███████) and Alicia ███████████████). Jacylen had suffered what appeared to be a through and through gun shot wound to her right leg. Alicia had suffered what appeared to be a through and through gun shot wound to her left leg.

Officer R. Cardona spoke with Jacylen and relayed to me the following information:

Jacylen stated that she and her friend Alicia Tinajero had left a bar located somewhere near Red Creek Springs Rd. Jacylen received a phone call from her mother Lerlyn ███████████████████ concerning Jacylen's ex-boyfriend Leonard Cordova (DOB 01/06/1979). Jacylen advised Lerlyn had observed Leonard driving around the house on her security footage. Jacylen became worried about the safety of her children, so she left the bar and proceeded towards her mother's house.

Jacylen was driving, and Alicia was in the passenger seat going Eastbound on Northern just passing the McDonald's (located at Northern and Pine). She felt another vehicle collide with the driver's side of her Tahoe. Jacylen looked out her driver's side window and saw Leonard driving her grey Jaguar. Jacylen said Leonard was wearing a white shirt with the lettering of Champion. Jacylen stated Leonard collided with her Tahoe a second time and then she heard gunshots.

Jacylen further advised she and Alicia were both shot and bleeding. Jacylen was in fear for her life and in fear of Alicia's life, so she began to drive faster to get out of the area. Jacylen said Leonard continued to "ram" her Tahoe. Jacylen said she turned Northbound onto Santa Fe, and then got onto the I25 Northbound. Jacylen said Leonard continued to follow her on the highway until she exited the 13th St exit. Jacylen said she drove as fast as she could to Parkview to obtain medical treatment, and to gain safety from the incident.

Jacylen stated she and Leonard had been involved in an intimate relationship for a year. She and Leonard had just recently suffered a miscarriage of their child. She explained that even though vehicles were registered in her name, she and Leonard shared the vehicles. Jacylen said she and Leonard also shared a home together located at 54 Bridal trail.

INV_00001653

Jacylen was unsure how many times Leonard had collided with her vehicle, and she was unsure of how many shots had been fired. She said she felt like he would kill her if given the opportunity, so she was just focused on getting out of the area. Jacylen said Leonard's violence had begun to escalate over the course of the last several weeks. She advised that he broke into her mother's home, and there was another incident when Leonard fired several gunshots at the father of Jacylen's children. Jacylen said Leonard was currently on an ankle monitor for the previous incidents. She said Leonard had sent her a video of him removing the ankle monitor earlier in the evening. Leonard had also sent her a text message right after the video saying, "I'm coming for you". Jacylen did not have her phone on her persons but granted Officers permission to retrieve the text messages if her phone was located. She assumed that her phone was still inside of the Tahoe but could not say with certainty.

Outside the emergency room, officers located a silver Tahoe, bearing Colorado license plate BKTH47, parked next to the emergency room doors. The vehicle was cleared and listed to a Jacylen. Officer Ryan Neece advised he observed blood in the passenger seat of the vehicle, and further observed that the vehicle had sustained significant front end and passenger side damage. Officer Neece also stated he observed what appeared to be a bullet defect in the driver door and another one in the front quarter panel.

Officers later located an unoccupied 2009 silver Jaguar XF near the I-25 and Abriendo exit. The vehicle appeared to have been recently involved in an auto accident. Upon further inspection, spent shell casings were observed inside the vehicle. The vehicle was towed to the Pueblo Police Annex pending a search warrant.

Officers proceeded to 54 Bridle Trail and contacted Leonard Cordova. Leonard was detained and escorted to the police station for an interview.

At the police station, Detective Ryan Torres and affiant conducted an interview with Leonard. Prior to asking any questions, I did read to Leonard his Miranda Rights verbatim from the Pueblo Police Department Miranda advisement form. Leonard signed the form indicating he understood.

I asked Leonard to tell me what happened. Leonard initially denied ever leaving the house, however after he was confronted with the details about the investigation, he stated the following:

Leonard advised he was west bound on Northern between Pine and Route, in the gray Jaguar, when he observed his and Jacylen's Tahoe proceeding east bound. He turned around and drove alongside the Tahoe. Suddenly, the Tahoe started ramming into him. Leonard fired two shots at the Tahoe because he was afraid. The Tahoe continued westbound on Northern Ave, then got onto the interstate at Central and I-25. Leonard followed the vehicle onto the interstate and while proceeding northbound, the Tahoe kept ramming into him. Near the I-25 and Abriendo Ave exit, the Tahoe ran him off the road and he wrecked. The Tahoe continued northbound on I-25. After wrecking the Jaguar, Leonard stated he called his daughter to come pick him up and he went home. Leonard also advised, at the time of the incident, he was driving, and his friend "Amanda Gurule" was sitting passenger. After the wreck, Amanda took off walking because she was upset with Leonard.

I asked Leonard who was in the Tahoe when he shot at it. Leonard stated he believed "J Brennan" was driving and Jacylen was probably in the passenger seat. Leonard could not see into the vehicle because the tinted windows were up. However he knows "J Brennan" and Jacylen have been together recently.

I asked Leonard where the gun was, and he replied that it was gone. Leonard refused to give the location of the gun and stated nobody would find it.

This warrant is being requested for the address of 54 Bridle Trail, to include vehicles and structures on the property. Leonard was contacted at this address, shortly after he self-reported shooting at the Tahoe he believed to be occupied by at least his ex-girlfriend Jacylen. Detectives will be looking for a firearm possibly used in the incident, the clothing observed, and items identifying the ownership of the residence and belongs. Detectives are requesting to collect cellular telephones believed to belong to Leonard, to document communications between Leonard and Jaclyen before the shooting. Any cellular telephones collected would require a second search warrant to investigate its contents.

SUBSCRIBED AND SWORN to before me this 20th day of September, 2021, by:

*[signature]*

Detective

*[signature]*

_____

**Judge Amiel J. Markenson**

IN THE COUNTY/DISTRICT COURT IN AND FOR
THE COUNTY OF PUEBLO AND STATE OF COLORADO

Criminal Action Number
Division

## SEARCH WARRANT

THE PEOPLE OF THE STATE OF COLORADO

TO: ANY PEACE OFFICER AUTHORIZED BY LAW TO EXECUTE SEARCH
WARRANTS IN THE ABOVE NAMED COUNTY, GREETINGS:

  WHEREAS,   has made an affidavit and complaint
for the issuance of a search warrant, and

  WHEREAS, the affidavit of the applicant seems proper and it
appears that reasonable grounds or probable cause exists for the issuance of a search warrant for the
reason(s) marked with an "X" below:
  ( )  Is stolen or embezzled:
    AND/OR
  ( X )  Is designated or intended for use as a means of committing a criminal offense or is or
has been so used;
    AND/OR
  ( )  Is illegal to possess;
    AND/OR
  ( X )  Would be material evidence in a subsequent criminal prosecution.
WE THEREFORE COMMAND YOU, with the necessary and proper assistance to search at any time the
following premises, person(s), motor vehicle, or thing(s), within the next fourteen (14) days, to-wit:

The premise of 54 Bridle Trail, including the property, driveway, vehicles, and enclosures located on the
property. 54 Bridle Trail is the ninth house east from the corner of Vinewood Ln and Bridle Trail, on the
south side of the street. It is a green two-story residence, with a light brown brick base.

and you will search for the following person(s), property, motor vehicle or things, to-wit

Firearms, ammunition, spent shell casings, firearms accessories, a white shirt with the letter "C" on it,
electronic devices used for communication, an ankle monitor system, items identifying residency, items
identifying ownership of vehicles, keys to 2009 silver Jaguar XF

And if the same or any part thereof is found, that you seize the goods, property and things found and safely
keep them until further order of this Court, or until they are admitted into any criminal proceedings
conducted by a court of this state; and that you further file a report which inventories the goods and things
which were found and seized or reporting that nothing was found and seized with this court.

  DATED this 20th day of September, 2021. BY THE COURT:

            _____
            Judge Amiel J. Markenson