Case Report Number __21-17571__

# ADULT MIRANDA ADVISEMENT

Name __Leonard Cordova__ Date of Birth __1/6/79__

Address __54 Bridle Trail__

Date __9/14/21__ Time __1250__

Interview Location __200 S. Main St.__

__LC__ You have the right to remain silent.

__LC__ Anything you say can and will be used against you in a court of law.

__LC__ You have the right to talk to a lawyer and have him present while you are being questioned.

__LC__ If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish one, or you may be represented by the Public Defender.

(Initial the appropriate response)
Do you understand each of these rights I have explained to you?
Yes __X__ No _____

Do you understand that if you agree to talk to us, you have the right to stop the interview at any time and request an attorney?
Yes __X__ No _____

Having these rights in mind, do you wish to talk to me now?
Yes __X__ No _____

Signature of Advised __[signature]__

Signature of Officer __[signature]__

Witnessed By _____

PPD-110
9/2012

INV_00000210