## ADULT MIRANDA ADVISEMENT

Name __Leonard Cordova__   Date of Birth __1-6-79__

Address __54 Bridle TRAIL__

Date __9-20-21__   Time __0400__

Interview Location __Pueblo Police Dept.__

__LC__  You have the right to remain silent.

__LC__  Anything you say can and will be used against you in a court of law.

__LC__  You have the right to talk to a lawyer and have him present while you are being questioned.

__LC__  If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish one, or you may be represented by the Public Defender.

(Initial the appropriate response)
Do you understand each of these rights I have explained to you?
Yes __LC__ No _____

Do you understand that if you agree to talk to us, you have the right to stop the interview at any time and request an attorney?
Yes __LC__ No _____

Having these rights in mind, do you wish to talk to me now?
Yes __LC__ No _____

Signature of Advised __L J C__

Signature of Officer __J Cardona__

Witnessed By __[signature]__

PPD-110
9/2012

INV_00000643