IN THE COUNTY/DISTRICT COURT IN AND FOR
THE COUNTY OF PUEBLO AND STATE OF COLORADO

Criminal Action Number
Division

STATE OF COLORADO )     APPLICATION AND AFFIDAVIT
                  )ss                FOR
COUNTY OF PUEBLO  )           SEARCH WARRANT

The undersigned, being first duty sworn, upon oath, deposes and says:
1. That this affidavit is made in support of an application for a search warrant to search the following premises, person(s), motor vehicle(s) or thing(s), to-wit:

A 2009 silver Jaguar XF (VIN SAJWA06B69HR01888), including locked containers with the vehicle, believed to be occupied by the suspect at the time of the incident. This vehicle was towed from the I 25/Abriendo exit ramp and is now located at the Pueblo Police Annex (200 S Main St).

now located within Pueblo County, Colorado.

2. That the person(s), property, motor vehicle(s) or thing(s) to be searched for, and seized if found:

( ) Is stolen or embezzled:
            AND/OR
(X) Is designated or intended for use as a means of committing a criminal offense or is or has been so used;
            AND/OR
( ) Is illegal to possess;
            AND/OR
(X) Would be material evidence in a subsequent criminal prosecution.

3. The person(s), property, motor vehicle(s), or thing(s) to be searched for is or are:

DNA, fingerprints, palm prints on or in the vehicle, including from items located in the vehicle. Firearms, ammunition, spent shell casings, firearm accessories, bullet fragments/projectiles. Items with identifying information about vehicle ownership and occupants. Devices capable of communication, connection to a network, and/or GPS location. If device like this is located, a separate search warrant will be authored to investigate its contents.

4. That additional facts submitted for this application are set out in an accompanying attachment incorporated herein by reference and made a part hereof as though fully set out herein, and designated as "Attachment A"

NOW, THEREFORE, the undersigned Applicant moves this Court for the issuance of a Search Warrant for the address of location named or described above for the search and seizure of the above-described person(s), property, motor vehicle(s) or thing(s).

The foregoing application and affidavit was subscribed and sworn to or affirmed before me this

23rd day of September, A.D. 2021, by:

_____
Officer

BY THE COURT:

_____
JUDGE

ATTACHMENT "A"

(The following is submitted in support of the attached "Application and Affidavit for Search Warrant".)

The facts establishing grounds for the issuance of a search warrant, and showing probable cause believe they exist are as follows:

On September 19th, 2021, I, Detective Joseph Cardona, was working as a member of the Crimes Against Persons Investigation Unit, in the City and County of Pueblo, State of Colorado. I was contacted by Sgt Chris Flores and asked to respond to the police station to assist patrol officers with a Shooting investigation.

Upon my arrival, I learned that at approximately 2311 hours, officers were dispatched to Parkview Hospital, 400 W 16th St, reference a Shooting. Dispatch advised the responding officers that two females walked into the emergency room with gunshot wounds. Dispatch also learned that the females stated they were being followed by the person who shot them.

Officer Rehan Cardona arrived on scene and obtained the following information. Upon her arrival, she identified the victims to be Jacquelyn Brennan (█████) and Alicia ████████████. Jacquelyn had suffered what appeared to be a through and through gunshot wound to her right leg. Alicia had suffered what appeared to be a through and through gunshot wound to her left leg.

Officer R. Cardona spoke with Jacquelyn, her (Jacquelyn) version of events is as follows:

> Jacquelyn stated that she and her friend Alicia Tinajero had left a bar located somewhere near Red Creek Springs Rd. Jacquelyn received a phone call from her mother Lerlyn █████ (DOB ████████ concerning Jacquelyn`s ex-boyfriend Leonard Cordova (DOB 01/06/1979). Jacquelyn advised Lerlyn had observed Leonard driving around the house on her security footage. Jacquelyn became worried about the safety of her children, so she left the bar and proceeded towards her mother`s house.
>
> Jacquelyn was driving, and Alicia was in the passenger seat going Eastbound on Northern just passing the McDonald`s (located at Northern and Pine). She felt another vehicle collide with the driver`s side of her Tahoe. Jacquelyn looked out her driver`s side window and saw Leonard driving her grey Jaguar. Jacquelyn said Leonard was wearing a white shirt with the lettering of Champion. Jacquelyn stated Leonard collided with her Tahoe a second time and then she heard gunshots.
>
> Jacquelyn further advised she and Alicia were both shot and bleeding. Jacquelyn was in fear for her life and in fear of Alicia`s life, so she began to drive faster to get out of the area. Jacquelyn said Leonard continued to "ram" her Tahoe. Jacquelyn said she turned Northbound onto Santa Fe, and then got onto the I25 Northbound. Jacquelyn said Leonard continued to follow her on the highway until she exited the 13th St exit. Jacquelyn said she drove as fast as she could to Parkview to obtain medical treatment, and to gain safety from the incident.
>
> Jacquelyn stated she and Leonard had been involved in an intimate relationship for a year. She and Leonard had just recently suffered a miscarriage of their child. She explained that even though vehicles were registered in her name, she and Leonard shared the vehicles. Jacquelyn said she and Leonard also shared a home together located at 54 Bridal trail.

> Jacquelyn was unsure how many times Leonard had collided with her vehicle, and she was unsure of how many shots had been fired. She said she felt like he would kill her if given the opportunity, so she was just focused on getting out of the area. Jacquelyn said Leonard`s violence had begun to escalate over the course of the last several weeks. She advised that he broke into her mother`s home, and there was another incident when Leonard fired several gunshots at the father of Jacquelyn`s children. Jacquelyn said Leonard was currently on an ankle monitor for the previous incidents. She said Leonard had sent her a video of him removing the ankle monitor earlier in the evening.  Leonard had also sent her a text message right after the video saying, "I`m coming for you". Jacquelyn did not have her phone on her persons but granted Officers permission to retrieve the text messages if her phone was located. She assumed that her phone was still inside of the Tahoe but could not say with certainty.

Officer L. Griffiths spoke with Alicia, her (Alicia) version of events is as follows:

> Alicia stated she and Jaclyn were on their way back to "County" to get her baby. Alicia advised they were near the "mini mac" or McDonald`s on Northern and Pine St, when they were rammed by a vehicle approximately 8 times. Alicia further stated that she then heard what she thought was fireworks and saw that she may have been shot. Alicia stated she was in the front passenger seat and was "co driving" when Jaclyn, the driver, had made a remark about how "Leonard" was behind them.  Alicia knows "Leonard" to be Jaclyn`s ex. Alicia stated she and Jaclyn proceeded to get onto I-25 from Northern, then went northbound with the vehicle following them. Alicia stated she remembers the vehicle following them on I-25 and was rammed again with more shots being fired. Alicia stated they were finally able to get to the hospital from W. 13th St and I-25 and she unsure where Leonard went.

> Alicia was not sure of the vehicle Leonard was driving or if the person shooting was Leonard. Alicia stated she knew the name Leonard, because Jaclyn had made the remark about the person being behind them. Alicia stated the suspect vehicle was either a Nissan or Jaguar.

Outside the emergency room, officers located a silver Tahoe, bearing Colorado license plate BKTH47, parked next to the emergency room doors. The vehicle was cleared and listed to a Jacquelyn. Officer Ryan Neece made the following observations about the vehicle:

> The vehicle had moderate front end damage to the left side of the bumper, a flat front tire, and had bullet holes through the front driver`s door, rear driver`s door, and rear quarter panel/trunk area above the wheel well. The front driver`s/passenger`s compartment had blood on the seat, console, and doors. Outside the front passenger`s door on the ground was a single spent bullet (lead only, no casing). No shell casings were observed in or around the vehicle.

Officers later located an unoccupied 2009 silver Jaguar XF (VIN SAJWA06B69HR01888) near the I-25 and Abriendo exit.  The vehicle appeared to have been recently involved in an auto accident.  Upon further inspection, spent shell casings were observed inside the vehicle.  The vehicle was towed to the Pueblo Police Annex pending a search warrant.

Officers proceeded to 54 Bridle Trail and contacted Leonard Cordova.  Leonard was detained and escorted to the police station for an interview.  Officer E. Pfeifer advised that while he was on scene at the Bridle Trail residence, he conducted a neighborhood canvas for possible surveillance footage.  Officer Pfeifer stated he spoke with neighbor Edward Martinez (9/6/73), who had cameras that faced towards the front of 54 Bridle Trail.

Officer Pfeifer was able to review the footage and advised at approximately 2200 hours on the video, he observed what appeared to be the Jacquelyn`s Tahoe stopped in the driveway of 54 Bridle Trail. The Tahoe was continuously activating its horn. The Tahoe exited the driveway and continued activating its horn as it drove away out of view of the surveillance footage.

At approximately 2232 hours on the video, he observed what appeared to be a white HHR type vehicle pull into the driveway. Several persons exit the HHR and another vehicle, which appears to be the silver Jaguar, backs out of the driveway and drives away from the residence out of view of the surveillance footage. The Jaguar appears to be occupied by two parties when it leaves. As it leaves a female voice could be heard yelling "Your lights dad". The headlights on the Jaguar turn on after that.

At approximately 2333 hours on the video, he observed what appeared to be the same white HHR type vehicle, stopped on the street in front of 54 Bridle Trail as if it recently arrived. A person could be seen getting out of the vehicle and walking into the house. The HHR immediately drives away out of camera view.

The camera then switches to a different view, a view that shows the front of 58 Bridle Trail. At approximately 0020 hours (9/20/21) on the video, Officer Pfeifer is seen exiting 58 Bridle Trail. Officer Pfeifer advised at this time Leonard was in the back of his patrol unit awaiting transport to the Pueblo Police Department. While waiting, Leonard was yelling at Edward "erase your cameras" and "snitches get stitches". NOTE: When I reviewed the footage, I could not hear that the camera picked up these statements.

After reviewing the surveillance footage, Officer Pfeifer advised he observed the same HHR seen in the surveillance footage parked nearby. Other officers contacted the HHR and learned that it was occupied by two of Leonard`s daughters Lahela Cordova (11/4/06) and Aiyana Cordova (6/26/03). The vehicle was also occupied by a male party Diamond Garbiso (1/31/05). All three persons were transported to the station for interviews.

At the station, Lahela, Aiyana, and Diamond were interviewed by Detective R. Gravatt and Officer Pfeifer. Detective Gravatt informed me that Lahela and Diamond claimed to not be involved in the incident, and they had no idea what was going on or what happened. Aiyana stated the following:

> Aiyana stated that she was at her grandparents around 2030 or 2100 hrs. and then went to her dads at 54 Bridle Trail. Aiyana stated she went inside and she didn`t check to see if anyone else was home she just stayed in her room. Aiyana stated a few minutes later, her sister called and said her dad`s ex (Jacquelyn) was parked on the lawn with her music loud.
>
> Aiyana stated that Lahela had ordered food and it went to her dads so Lahela was coming to pick up her food and her dads ex was still parked on the grass in front of the house and the ex-started honking at Aiyana`s sister.
>
> Aiyana stated that the ex then started following Lahela and then the ex-tried to cut them off in a vehicle as according to Lahela. Aiyana stated that Lahela was able to lose the ex and Lahela came back to the house where they stayed. Aiyana stated that her dad then got home in one car, which is the car that was there at the house, but he took off in the other one and he didn`t say anything, so they stayed there at the house for a bit. Aiyana stated they were in her grandma`s car and left because her dad said to come pick him up and near Stauter field. They picked him up and drove home where he went inside the house, and they all then left back the grandma`s house. Aiyana advised she had to go back to her dads` house for clothing and that`s when they saw all the cops.

        Aiyana later stated that when her dad`s car gets back, he didn`t say anything he just looked mad. He took the keys for the other jaguar (grey jaguar) and left without saying where he was going. Aiyana, her sister, and her sister`s boyfriend remained at the house until they picked up Leonard. When they picked up Leonard, he didn`t tell them what was going on.

Detective Ryan Torres and I responded to the hospital to try and interview Alicia and Jacquelyn. Prior to our arrival, Jacquelyn had already checked out of the hospital and told Officer R. Cardona she would be waiting at home for detective contact. Detective Torres and I contacted Alicia. Alicia appeared to be in a lot of pain, she advised she would only give a short statement and then she was going home. Alicia stated she was angry and wanted to go home and relax before giving an in-depth interview.

Alicia stated to us that she and Jacquelyn were driving towards the county from the Beer Run (1023 S Pueblo Blvd) in Jacquelyn`s Tahoe. Near the area of Northern and Pine, a light-colored car quickly approached them from behind and started "ramming" them. The vehicle then pulled up along the driver side of the Tahoe, as they continued east bound on Northern Ave, and Alicia heard a "pop". Alicia looked down and observed her leg bleeding and she knew she was shot. Jacquelyn was also shot.

Jacquelyn proceeded to get on the interstate and drove towards Parkview Hospital. Along the way, the car continued "ramming" the Tahoe as they tried to get away. At one point, Alicia stated she heard several more "pops" and believed the person in the car was shooting at them. When Jacquelyn and Alicia arrived at the hospital, the car was no longer following them, but Alicia did not know where they lost him at. Alicia did not see who was in or driving the car.

I asked Alicia about the incident when Jacquelyn and her (Alicia) were at 54 Bridle Trail honking the horn. Alicia advised Jacquelyn`s boyfriend (Leonard) recently began seeing another woman. Jacquelyn was upset and trying to confront her boyfriend and that was why they were at the house blaring on the horn. Alicia stated after no one exited the residence, her and Jacquelyn decided to go to the Beer Run.

Detective Torres and I proceeded to 1286 Zenno Dr to speak with Jacquelyn. Upon our arrival, I asked Jacquelyn to tell me what happened. Jacquelyn stated he (Leonard) has been removing his ankle bracelet, going wherever he wants, and drinking all day and night. Jacquelyn further stated Leonard has been sending her pictures of him taking his ankle bracelet off. NOTE: When speaking with Jacquelyn, I could smell a strong odor of an unknown alcoholic beverage emitting from her person.

I asked Jacquelyn to tell me about the shooting incident. Jacquelyn stated she and her friend (Alicia) were driving near Northern bridge. They had just left the Beer Run and were heading home because Jacquelyn`s mom called her and told her that Leonard was circling the house in the Jaguar.

As they proceeded eastbound on Northern, she observed the Jaguar approaching. She knows this vehicle because she and Leonard shared it during their relationship. The Jaguar then drove alongside her Tahoe, and began "ramming" the driver side of her Tahoe. Jacquelyn accelerated to try and get out of the area, but then she started hearing gunshots. Jacquelyn did not know how many shots were fired, but believed it was a "whole clip".

Jacquelyn continued by stating after she heard the shots, she discovered that she (Jacquelyn) and Alicia were "hit". She attempted to drive to the hospital, but Leonard kept following her and trying to ram her. Jacquelyn advised that she feared for her life, so she then began ramming into the Jaguar. Every time the Jaguar would approach on the side, Jacquelyn stated she would intentionally ram the Jaguar to avoid getting shot again. Jacquelyn advised she believed it to be a life-or-death situation.

Jacquelyn stated the two cars proceeded to the interstate and then northbound towards Parkview hospital.

Along the way, the cars were continuously ramming each other. At one point, it appeared to her that the Jaguar may have wrecked but she did not know where that was. Jacquelyn continued towards Parkview.

I asked Jacquelyn who was in the Jaguar that shot at her. Jacquelyn stated it was Leonard. According to Jacquelyn Leonard was sitting in the passenger seat, shooting out the passenger window. Jacquelyn advised she could clearly see Leonard and stated he was wearing a white shirt with the letter "C" on it.

I asked Jacquelyn who was driving the Jaguar. Jacquelyn stated Leonard`s new girlfriend Amber Gurule was driving. Jacquelyn advised at one point during the pursuit she looked back at the Jaguar as it was chasing her and observed Amber in the driver seat.

I asked Jacquelyn to tell me about her and Leonard`s relationship. Jacquelyn stated she and Leonard were involved in an intimate relationship for approximately 1.5 years. They lived together at 54 Bridle Trail. The recently broke up, approximately 1-2 weeks ago. Jacquelyn was shown a photograph of Leonard from the Pueblo Police Department database and she confirmed it was the same person she was referencing.

I asked Jacquelyn to tell me about Amber. Jacquelyn stated she has known Amber from approximately one year. She and Leonard recently started dating after the breakup. Jacquelyn was shown a DMV photograph of Amber Gurule (1/14/80) and she confirmed it was the same person she was referencing.

I asked Jacquelyn to tell me why she was over at 54 Bridle Trail blaring her horn earlier in the night. Jacquelyn stated she went over there to pick up her car. When she arrived, she observed that her car wasn`t there, so she blared her horn to try and get Leonard`s attention. When nobody came to the door, she left and went over to Amber`s house (3817 Fairfield Ln). She observed her Jaguar parked in front of Amber`s house so she started blaring her horn over there too. Amber and Leonard exited the front door. Amber and Jacquelyn exchanged a few words, and then Jacquelyn drove away and went to the Beer Run.

Detective Ryan Torres and I returned to the police station to conduct an interview with Leonard. Prior to asking any questions, I did read to Leonard his Miranda Rights verbatim from the Pueblo Police Department Miranda advisement form. Leonard signed the form indicating he understood.

I asked Leonard to tell me what happened. Leonard initially denied knowing anything. He stated he was at home all day, he watched the Bronco game, drank a few beers, and then went to bed. Leonard stated he didn`t know what happened and there was no disturbances at his residence. We then confronted Leonard with the details about the investigation, he stated the following:

Leonard advised he was west bound on Northern between Pine and Route, in the gray Jaguar, when he observed his and Jacquelyn`s Tahoe proceeding east bound. He turned around and drove alongside the Tahoe. Suddenly, the Tahoe started ramming into him. Leonard fired two shots at the Tahoe because he was afraid. The Tahoe continued westbound on Northern Ave, then got onto the interstate at Central and I-25. Leonard followed the vehicle onto the interstate and while proceeding northbound, the Tahoe kept ramming into him. Near the I-25 and Abriendo Ave exit, the Tahoe ran him off the road and he wrecked. The Tahoe continued northbound on I-25. After wrecking the Jaguar, Leonard stated he called his daughter to come pick him up and he went home. Leonard also advised, at the time of the incident, he was driving, and his friend "Amanda Gurule" was sitting passenger. After the wreck, Amanda took off walking because she was upset with Leonard.

I asked Leonard who was in the Tahoe when he shot at it. Leonard stated he believed "J Brennan" was driving and Jacquelyn was probably in the passenger seat. Leonard could not see into the vehicle because

INV_00001671

the tinted windows were up. However, he knows "J Brennan" and Jacquelyn have been together recently. Leonard stated he had the gun with him because he knows that "J Brennan" always carries a gun. We asked Leonard why he was circling Jacqueline's mother's residence, he advised he was looking for Jacqueline and "J Brennan". Leonard claimed he was just looking to talk to her.

I asked Leonard where the gun was, and he replied that it was gone. Leonard refused to give the location of the gun and stated nobody will ever find it.

Leonard advised he and Jacquelyn were involved in an intimate relationship for approximately 1.5 years. On Fiesta Day, a few weeks ago, Leonard found out that Jacquelyn was cheating on him with "J Brennan". Leonard stated since finding out about the infidelities, Jacquelyn has ruined his life.

This warrant is being requesting to search the 2009 silver Jaguar XF (VIN SAJWA06B69HR01888) that was located near the I-25 and Abriendo exit. The vehicle was towed from that location and is now located at the Pueblo Police Annex (200 S Main St). This vehicle is believed to have been operated/occupied by the suspect at the time of the shooting. Officers investigating the accident scene where the vehicle was located observed at least one spent shell casing in plain view on the front passenger seat. Affiant is requesting to collect DNA swabs and fingerprints from the vehicle and/or items within the vehicle to support or refute allegations. Affiant is also looking for devices that can connect to a network or GPS, to show the route the Jaguar took prior to being abandoned. These devices may also contain important communications related to the incident. If these types of devices are located a separate search warrant will be authored to search its contents.

Affiant is also looking for the firearm used in the incident, as well as collecting evidence left behind by the firearm such as spent shell casings. Items with identifying information on them would be important evidence during a subsequent criminal proceeding to establish who was in the vehicle at the time of the shooting.

SUBSCRIBED AND SWORN to before me this 23rd day of September, A.D. 2021, by:

_____
Officer

_____
JUDGE

IN THE COUNTY/DISTRICT COURT IN AND FOR
THE COUNTY OF PUEBLO AND STATE OF COLORADO

Criminal Action Number
Division

### SEARCH WARRANT

THE PEOPLE OF THE STATE OF COLORADO

TO: ANY PEACE OFFICER AUTHORIZED BY LAW TO EXECUTE SEARCH
WARRANTS IN THE ABOVE NAMED COUNTY, GREETINGS:

    WHEREAS,   has made an affidavit and complaint
for the issuance of a search warrant, and

    WHEREAS, the affidavit of the applicant seems proper and it
appears that reasonable grounds or probable cause exists for the issuance of a search warrant for the reason(s) marked with an "X" below:
    ( )  Is stolen or embezzled:
        AND/OR
    (X)  Is designated or intended for use as a means of committing a criminal offense or is or has been so used;
        AND/OR
    ( )  Is illegal to possess;
        AND/OR
    (X)  Would be material evidence in a subsequent criminal prosecution.

WE THEREFORE COMMAND YOU, with the necessary and proper assistance to search at any time the following premises, person(s), motor vehicle, or thing(s), within the next fourteen (14) days, to-wit:

A 2009 silver Jaguar XF (VIN SAJWA06B69HR01888), including locked containers within the vehicle, believed to be occupied by the suspect at the time of the incident.  This vehicle was towed from the I 25/Abriendo exit ramp and is now located at the Pueblo Police Annex (200 S Main St).

and you will search for the following person(s), property, motor vehicle or things, to-wit:

DNA, fingerprints, palm prints on or in the vehicle, including from items located in the vehicle.  Firearms, ammunition, spent shell casings, firearm accessories, bullet fragments/projectiles.   Items with identifying information about vehicle ownership and occupants.  Devices capable of communication, connection to a network, and/or GPS location.  If device like this is located, a separate search warrant will be authored to investigate its contents.

And if the same or any part thereof is found, that you seize the goods, property and things found and safely keep them until further order of this Court, or until they are admitted into any criminal proceedings conducted by a court of this state; and that you further file a report which inventories the goods and things which were found and seized or reporting that nothing was found and seized with this court.

    DATED this 23rd day of September, A.D., 2021. BY THE COURT:

                                                     _____
                                                     JUDGE