# PUEBLO POLICE DEPARTMENT
## CONSENT TO SEARCH CELLULAR DEVICE

DATE: 9/14/21        CASE # 21-17571

TIME: 1320

I, Leonard Cordova, hereby freely and voluntarily give my consent to Officers of the Pueblo, Colorado Police Department to conduct a full and complete search of the cellular device and associated memory cards described below:

red I-phone 12, model #MGA73LL/A, Serial #G6TDQ3QKØD3Y
(Color, Make, Model, Unique Identifier Number, Phone Number, and describe any cases, damage, etc.)

now located at 200 S. Main St., which I own, possess, control, and/or have access to, for any evidence of a crime or other violation of the law. The required password, logins, and /or specific directions for cell phone entry are as follows:

Number Password

_____

Pattern Password

(Drawn Pattern and Label Order of Buttons Pressed)

Other Password:

I have been advised of my right to refuse to consent to this search, and I give permission of this search, freely and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Officers to take any evidence discovered during this search, together with the medium in /on which it is stored, and any associated data, hardware, software and memory cards.

Print Name: Leonard Cordova

Signature: _____

Officer/Witness: _____

PPD288 Revised 01/02/2015

INV_00000211