IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-132-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      LEONARD CORDOVA,

      Defendant.

---

### GOVERNMENT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER

---

The United States of America moves this Court pursuant to Fed. R. Crim. P. 16(d)(1), for a protective order pertaining to a subset of discovery in the above-captioned case.

1.      The defendant is charged in indictment 22-cr-132-RMR in two counts, each charging a violation of 18 U.S.C § 922(g)(1) (felon in possession of a firearm/ammunition).

2.      When the Government initially produced discovery in this matter to counsel for the defendant, the Government informed counsel that it has in its possession the contents of the cellular telephone of an alleged victim in the case (the "Victim's Phone").  The Government has offered to make available for inspection the entire contents of the Victim's Phone.  In the meantime, however, the Government at this time intends to produce to counsel selected conversations off the Victim's Phone

that may be relevant to the above-captioned prosecution.  Because these materials may include some conversations and photos that are personal in nature, and because they belong to an individual the Government considers a victim in this case, the Government seeks the instant protective order as to materials from the Victim's Phone (the "Victim Phone Materials").

3. Accordingly, the Government requests that a protective order be entered as to the Victim Phone Materials that stipulates that:

a.) The Victim Phone Materials may be used only in this case, or other federal prosecutions against the defendant as deemed necessary by the Government, and for no other purpose, without further order from this court;

b.) The defendant may be allowed to review the Victim Phone Materials, but only while in the presence of defense counsel or members of the defense team, including any defense attorneys, investigators, or staff from defense counsel's offense deemed by defense counsel to be necessary for the purpose of preparing a defense in this case; and

c.) the Victim Phone Materials may be shared with attorneys and staff in defense counsel's office and/or experts retained for purposes of assisting with the defense in this case.

4. Such an order would expedite the production of materials in this case and afford counsel the ability to more promptly investigate and prepare a defense without limitations on the information provided beyond what is set forth in the order.

5. Counsel for the defendant does not object to entry of the requested order.

Wherefore, the Government requests that this Court enter a protective order as described herein.

Respectfully submitted this 19th day of August, 2022.

COLE FINEGAN
United States Attorney

By: *s/ Andrea Surratt*
ANDREA SURRATT
Assistant United States Attorney
1801 California St. Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Email: andrea.surratt@usdoj.gov
Attorney for the Government