IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-132-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LEONARD CORDOVA,

    Defendant.

## PROTECTIVE ORDER

THIS MATTER, coming before the Court upon motion of the Government for a protective order (the "Motion"),

IT IS HEREBY ORDERED that:

Because the materials listed in the Motion contain sensitive information (the "Victim Phone Materials"), such disclosure shall be pursuant to the following conditions:

    a.)    The Victim Phone Materials may be used only in this case, or other federal prosecutions against the defendant as deemed necessary by the Government, and for no other purpose, without further order from this court;

    b.)    The defendant may be allowed to review the Victim Phone Materials, but only while in the presence of defense counsel or members of the defense team, including any defense attorneys, investigators, or staff from defense counsel's

offense deemed by defense counsel to be necessary for the purpose of preparing a defense in this case; and

   c.) The Victim Phone Materials may be shared with attorneys and staff in defense counsel's office and/or experts retained for purposes of assisting with the defense in this case.

 Dated this _____ day of August, 2022.

              BY THE COURT:

              _____
              HON. REGINA M. RODRIGUEZ
              UNITED STATES DISTRICT JUDGE
              DISTRICT OF COLORADO