UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-CR-00132-RMR

**UNITED STATES OF AMERICA**,
Plaintiff,

v.

**1. LEONARD CORDOVA**,
Defendant.

## UNOPPOSED MOTION TO CONTINUE MOTIONS HEARING AND TRIAL DATE

**CERTIFICATE OF CONFERRAL**: Defendant Leonard Cordova's counsel, Harvey A. Steinberg, conferred with counsel for the government, and the government does not oppose a continuance. However, counsel did not discuss a specific length of time for the continuance.

Defendant Leonard Cordova, through counsel, moves under 18 U.S.C. § 3161(h)(7)(A) to continue the motions hearing and trial for 70 days to serve the ends of justice. He further requests that the Court exclude 70 days from the speedy trial calculation.

When determining whether to continue trial to serve the ends of justice this court considers the following factors:

> (i) Whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.
>
> (ii) Whether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.
>
> (iii) Whether, in a case in which arrest precedes indictment, delay in the filing of the indictment is caused because the arrest occurs at a time such that it is

unreasonable to expect return and filing of the indictment within the period specified in section 3161(b) [18 USCS § 3161(b)] or because the facts upon which the grand jury must base its determination are unusual or complex.

(iv) Whether the failure to grant such a continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. § 3161(h)(7)(B)

Addressing the first and third factors, continuing the trial will not make continuation of this proceeding impossible or result in a miscarriage of justice. Seventy days is a relatively short continuance that will not meaningfully affect the witnesses' availability. Also, an indictment has already been filed. Addressing the second and fourth factors, although this case is not especially unusual or complex, the government recently advised Mr. Cordova's counsel that it will produce additional discovery containing electronic communications. It is anticipated that this phone dump contains 1000s of pages that will need to be reviewed.

Due to the additional discovery that will be produced, Mr. Cordova's counsel needs additional time to review it and to determine whether any additional motions need to be filed. Seventy days should be a sufficient amount of time to do so.

**WHEREFORE,** the Defendant Leonard Cordova respectfully requests that this Court continue the motions hearing and trial for 70 days, exclude 70 days from the speedy trial calculation, and grant such other and further relief as the Court deems just and proper in the premises.

Dated this 4th day of November, 2022.

- 3 -

                                            Respectfully submitted,
                                            s/ Harvey A. Steinberg
                                            Springer & Steinberg, P.C.
                                            Attorneys for Defendant
                                            1600 Broadway, Suite 1200
                                            Denver, CO 80202
                                            (303)861-2800
                                            hsteinberg@springersteinberg.com

## CERTIFICATE OF SERVICE

       I hereby certify that on the 4th day of November, 2022, I electronically filed the foregoing pleading with the Clerk of the Court, which will send notification of such filing to the following e-mail addresses:

 AUSA Andrea Lee Surratt
**Email: andrea.surratt@usdoj.gov**

                                            s/ Stacey Lopez
                                            For Harvey A. Steinberg