IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 22-cr-132-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONARD CORDOVA,

    Defendant.

---

## GOVERNMENT'S POSITION ON DEFENDANT'S MOTION TO CONTINUE

---

    The United States of America, by and through Andrea Surratt, Assistant United States Attorney, hereby submits this position on the defendant's motion to continue. ECF #37.

    The Government has reviewed the defendant's motion to continue. The Government agrees that sufficient basis exists pursuant to 18 U.S.C. § 3161(h)(7)(B) to exclude additional time from the speedy trial clock.  In particular, the Government received this week a copy of the defendant's cellular telephone and is working on getting it produced to the defendant for his review.  The Government also received from local law enforcement a recording of the defendant.  The cellular phone data, in particular, is anticipated to be quite large and it is unsurprising that counsel for the defendant will require time to adequately review it and investigate any leads resulting from that review.

    Accordingly, the Government agrees with the defendant that excluding 70 days from the speedy trial clock and re-setting the trial date and all relevant deadlines is

warranted here.

WHEREFORE, the Government respectfully requests that the Court grant the defendant's motion.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: *s/ Andrea Surratt*
ANDREA SURRATT
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
E-mail: andrea.surratt@usdoj.gov
Attorney for the government