**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 22-cr-00132

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1. LEONARD CORDOVA,**

Defendant.

## NOTICE OF DISPOSITION

The Defendant, Leonard Cordova, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby advises this Court that a disposition has been reached in this matter and all further dates (including pre-trial and trial dates) may be vacated as a result of that disposition.

Dated this 16th day of January, 2023.

                                           Respectfully submitted,

                                           /s/ *Harvey A. Steinberg*
                                           Harvey A. Steinberg
                                           Springer & Steinberg, P.C.
                                           Attorneys for Leonard Cordova
                                           1600 Broadway, Suite 1200
                                           Denver, CO 80202
                                           (303)861-2800 Telephone
                                           (303)832-7116 Telecopier
                                           hsteinberg@springersteinberg.com

–2–

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Andrea Lee Surratt**
andrea.surratt@usdoj.gov

                                                s/ Stacey Lopez
For Harvey A. Steinberg
Springer and Steinberg, P.C.
Attorneys for Leonard Cordova
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
hsteinberg@springersteinberg.com