–1–

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 22-cr-00132-RMR

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**LEONARD CORDOVA,**

Defendant.

**UNOPPOSED MOTION TO CONTINUE**

The Defendant, Leonard Cordova, by and through his attorneys, from the law firm of Springer and Steinberg, P.C., hereby moves this Court to continue the Change of Plea Hearing scheduled March 1, 2023. As Grounds, Mr. Cordova states as follows:

1. Mr. Cordova has indicated his intent to plead guilty to Count 1 - 4 of the Information: two counts of Felon in Possession of a Firearm/Ammunition (18 U.S.C. § 922(g)(1)) and two counts of Distribution of a Controlled Substance (21 U.S.C. § 841(a)(1); (b)(1)(B); (b)(1)(C)).

2. On January 17, 2023, the Court set Mr. Cordova's matter for a Change of Plea hearing on March 1, 2023 at 3:00pm.

3. On January 23, 2022, counsel for Mr. Cordova had a trial continued due to a positive COVID test. The only date available to both the Court and the District Attorney was February 28, 2023. While the defense explored additional dates, ultimately, the Court set the trial for the February 28, 2023 date. The trial is set in Grand Junction, Colorado.

4. Counsel anticipates this trial will continue through at least March 2, 2023. As such, Counsel would be unavailable to appear with Mr. Cordova in the US District Court for the District of Colorado on March 1, 2023.

5. Assistant US Attorney Andrea Surratt does not have an objection to this Motion for Continuance.

6. The decision to grant or deny a request for a continuance is left to the sound discretion of the trial court. *See Cherry Creek Sch. Dist. No.5 v. Voelker,* 859 .2d 805, 809 (Colo. 1993). Typically, motions for continuances are granted with the showing of good cause. C.R.C.P. 121 § 1-11; *see also Herrera v. Anderson,* 736 P.2d 416, 418 (Colo. App. 1987).

7. A criminal defendant is constitutionally entitled to effective assistance from his counsel. *Strickland v. Washington*, 466 U.S. 668, 687, 80 L. Ed. 2d 674, 104 S. Ct. 2052 (1984); *Davis v. People*, 871 P.2d 769 (Colo. 1994). Effective assistance of counsel "plays a crucial role in the adversarial system embodied

–2–

in the Sixth Amendment, since access to counsel's skill and knowledge is necessary to accord defendants the 'ample opportunity to meet the case of the prosecution' to which they are entitled." *Strickland*, 466 U.S. at 685 (quoting *Adams v. United States ex rel. McCann*, 317 U.S. 269, 275, 63 S. Ct. 236, 87 L. Ed. 268 (1942)).

8. The right to effective assistance of counsel extends to sentencing proceedings. *United States v. Washington*, 619 F.3d 1252, 1258 (10th Cir. 2010).

9. Mr. Cordova is asking this Court to grant him a continuance of the March 1, 2023, Change of Plea Date so that he may receive the effective assistance of counsel.

**WHEREFORE**, Mr. Cordova moves the Court to continue his sentencing date so that he may receive the effective assistance of counsel.

**DATED** this 21st day of February, 2023.

Respectfully submitted,

/s/ *Harvey A. Steinberg*
Harvey A. Steinberg
Springer & Steinberg, P.C.
Attorney for Leonard Cordova
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
hsteinberg@springersteinberg.com

–4–

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Andrea Surratt**
Email: andrea.surratt@usdoj.gov

                                              /s/ *Stacey Lopez*
                                              For Harvey A. Steinberg
                                              Springer & Steinberg, P.C.
                                              Attorney for Leonard Cordova
                                              1600 Broadway, Suite 1200
                                              Denver, CO 80202
                                              (303)861-2800 Telephone
                                              (303)832-7116 Telecopier
                                              hsteinberg@springersteinberg.com