–1–

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 22-cr-00132-RMR

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.   LEONARD CORDOVA,**

Defendant.

## NOTICE OF APPEARANCE

Undersigned counsel, Stephen M. Burstein from the law firm of Springer and Steinberg, P.C., hereby enters his appearance as counsel on behalf of Defendant Leonard Cordova in this matter.

Dated this 7th day of March, 2023.

    Respectfully submitted,

    /s/ *Stephen M. Burstein*
    Stephen M. Burstein
    Springer & Steinberg, P.C.
    Attorneys for Leonard Cordova
    1600 Broadway, Suite 1200
    Denver, CO 80202
    (303)861-2800 Telephone
    (303)832-7116 Telecopier
    sburstein@springersteinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Andrea Lee Surratt**
Email: andrea.surratt@usdoj.gov

/s/ *Stacey Lopez*
For Stephen M. Burstein
Springer & Steinberg, P.C.
Attorneys for Leonard Cordova
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
sburstein@springersteinberg.com