IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-132-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEONARD CORDOVA,

    Defendant.

---

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about September 12, 2021, in the State and District of Colorado, the defendant, LEONARD CORDOVA, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about September 19, 2021, in the State and District of Colorado, the defendant, LEONARD CORDOVA, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

On or about October 19, 2020, in the State and District of Colorado, the defendant, LEONARD CORDOVA, did knowingly and intentionally distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 4

On or about February 19, 2021, in the State and District of Colorado, the defendant, LEONARD CORDOVA, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

1.   As a result of committing the violations of Title 18, United States Code, Section 922(g)(1) alleged in Counts One and Two of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses.

2.   As a result of committing the violations of Title 21, United States Code, Section 841(a)(1), alleged in Counts Three and Four of this Information, the defendant, LEONARD CORDOVA, shall forfeit, pursuant to Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any proceeds

the defendant obtained directly or indirectly as a result of the said violations, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts Three and Four of this Information.

3. If any of the property subject to forfeiture as a result of any act or omission of the defendants:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

COLE FINEGAN
United States Attorney

By: *s/Andrea Surratt*
ANDREA SURRATT
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  andrea.surratt@usdoj.gov
Attorney for Government