DEFENDANT:          LEONARD CORDOVA

AGE or YOB:          1979

COMPLAINT          ___x___ Yes          _____ No
FILED?

If Yes, MAGISTRATE CASE NUMBER: 22-mj-65-NRN

Criminal case number 22-cr-132-RMR

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _x_ Yes     __  No
    If No, a new warrant is required

OFFENSE(S):          Counts 1 and 2:  Possession of a Firearm/Ammunition by a
Prohibited Person, 18 U.S.C. § 922(g)(1)

Count 3: Distribution of a controlled substance, 21 U.S.C. §§
841(a)(1) & (b)(1)(B)

Count 4: Distribution of a controlled substance, 21 U.S.C. §§
841(a)(1) & (b)(1)(C)

LOCATION OF          Pueblo County, Colorado
OFFENSE:

PENALTY:          Counts 1 and 2:  NMT 15 years imprisonment, $250,000 fine, or
both; NMT 3 years supervised release; $100 Special Assessment; if
the sentencing enhancement in 18 U.S.C. § 924(e) applies, then
NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5
years supervised release; $100 Special Assessment.

Count 3: NLT 5 years' imprisonment; NMT 40 years' imprisonment;
$5,000,000 fine or both; NLT 4 years SR; NMT life SR; $100 SA

Count 4: NMT 20 years' imprisonment; $1,000,000 fine, or both;
NLT 3 years SR; NMT life SR; $100 SA

AGENT:          KC Hughes
Special Agent, FBI

AUTHORIZED          Andrea Surratt
BY:          Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X_ five days or less; __ over five days

<u>THE GOVERNMENT</u>

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.