UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number: 1:22-cr-00132-RMR-1

**UNITED STATES OF AMERICA,**

Plaintiff, v.

**1. LEONARD CORDOVA,**

Defendant.

**DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT**

Defendant Leonard Cordova, by and through his attorney, Stephen M. Burstein, of the law firm of Springer and Steinberg, P.C., hereby submits his objections to the presentence report ("PSR"). Specifically, the Defendant objects as follows:

1. Mr. Cordova objects to probation's determination, as set forth in Paragraph 83 of the PSR, that two points should be added to his criminal history pursuant to §4A1.1(b) and §4A1.2(k)(1). The records from this conviction for Disorderly Conduct, Custer County Case 12M31, state that the Court suspended 27 days of jail when Mr. Cordova initially entered into a disposition. Pursuant to §4A1.2(c)(1), this sentence should be excluded because he was sentenced to less than 30 days of jail, and only sentenced to one year of probation. At a subsequent revocation hearing, the Court revoked Mr. Cordova's probation, and sentenced him to 90-days of jail. The record states that the 90-day jail sentence is concurrent to three other cases: 11M659, 12M849, and 13CR1954, all of which were in Pueblo County. However, because the original sentence only suspended

- 4 -

27 days, the subsequent imposition of a 90-day concurrent sentence was outside of the Court's applicable sentencing range. Mr. Cordova objects to this portion of the PSR and requests that it be deleted.

2. Mr. Cordova objects to probation's determination, as set forth in Paragraph 87 of the PSR, that one point should be added to his criminal history pursuant to §4A1.1(c). There is no information regarding attorney representation and information regarding the offense conduct. According to the records presented, there are two charges: 1) Battery, and 2) Probable Cause. The PSR states that on 6/02/21, Mr. Cordova 'pled no contest' and was assessed costs/fines. While a local ordinance violation may be included in a defendant's criminal history calculation if it would also constitute a violation of state law, there is no charge of 'probable cause' in the State of Colorado. *See* §4A1.2(c)(2). There is insufficient information from the records to determine what Mr. Cordova pled no contest to. Mr. Cordova objects to this portion of the PSR and requests that it be deleted.

3. Therefore, Mr. Cordova objects to probation's calculation in Paragraph 88 of the PSR that his convictions result in a subtotal criminal history score of 10. Mr. Cordova believes that his subtotal criminal history score is a 7.

4. Correspondingly, Mr. Cordova objects to probation's assessment in Paragraph 90 that his total criminal history score is 12. Mr. Cordova believes his total criminal history score should be a 9, and therefore establishes a criminal history category of IV.

5. As a result, Mr. Cordova objects to probation's determination in Paragraph 143 that his guideline range is 151 months to 188 months.

6. Finally, Mr. Cordova objects to probation's sentencing recommendation in Exhibit A of

the PSR insofar as it does not take into account the correct calculation of his total offense level or guideline range.

WHEREFORE, for the forementioned reasons, the Defendant respectfully objects to the portions of the PSR as set forth herein.

Dated this 10th day of May, 2023.

Respectfully submitted,

*/s/ Stephen M. Burstein*
Stephen M. Burstein
Springer & Steinberg, P.C.
Attorney for Leonard Cordova

1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
sburstein@springersteinberg.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Andrea Lee Surratt**
andrea.surratt@usdoj.gov

*/s/ Stephen M. Burstein*
Stephen M. Burstein

- 4 -