IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 22-cr-132-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEONARD CORDOVA,

    Defendant.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S PSR OBJECTION

    The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following response to the defendant's objections to the Presentence Investigation Report ("PSR").  ECF #53.

    <u>Paragraph 83</u>.  The PSR (ECF #52) adds two criminal history points for a 2012 conviction for disorderly conduct.

    <u>Paragraph 87</u>.  The PSR adds one criminal history point for a 2021 battery conviction.

    The Government has communicated with the Probation Office about both of the defendant's objections.  It is the Government's understanding that the Probation Office intends to file an addendum to the final PSR which will explain why the two criminal history points in paragraph 83 and the one criminal history point in paragraph 87 were appropriately added to the defendant's criminal history score.  The Government agrees with the Probation Office's calculation and agrees that the defendant is in criminal

1

history category VI.

Respectfully submitted this 16th day of May, 2023.

           COLE FINEGAN
           United States Attorney

      By: *s/ Andrea Surratt*
           Andrea Surratt
           Assistant United States Attorney
           U.S. Attorney's Office
           1801 California St., Suite 1600
           Denver, CO 80202
           Telephone: (303) 454-0100
           e-mail: Andrea.Surratt@usdoj.gov
           Attorney for the Government