IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00132-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LEONARD CORDOVA,

    Defendant.

---

**NOTICE OF CONVENTIONAL FILING – EXHIBIT 1 TO THE GOVERNMENT'S MOTION FOR DOWNWARD VARIANCE**

---

    The United States of America, by and through Andrea Surratt, Assistant United States Attorney for the District of Colorado, hereby provides a copy of Exhibit 1, for delivery to chambers for review. The exhibit is contained on a USB drive and consists of a two-minute video, identified on page 2 of the Government's Motion for Downward Variance.

1

Dated:  May 18, 2023 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　COLE FINEGAN
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　　*s/ Andrea Surratt*
　　　　　　　　　　　　　　　　　　　Andrea Surratt
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　1801 California St., Suite 1600
　　　　　　　　　　　　　　　　　　　Denver, Colorado 80202
　　　　　　　　　　　　　　　　　　　Phone:  (303) 454-0203
　　　　　　　　　　　　　　　　　　　Fax:  (303) 454-0405
　　　　　　　　　　　　　　　　　　　E-mail: Andrea.Surratt@usdoj.gov
　　　　　　　　　　　　　　　　　　　Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2023, I electronically filed the foregoing **NOTICE OF CONVENTIONAL FILING – EXHIBIT 1 TO THE GOVERNMENT'S MOTION FOR DOWNWARD VARIANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/Portia Peter*
Legal Assistant
United States Attorney's Office 1801
California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100 Email:
Portia.peter@usdoj.gov