**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 22-cr-132-RMR

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1. LEONARD CORDOVA,**

Defendant.

## MOTION TO ACCEPT CHARACTER LETTERS OUT OF TIME

Mr. Leonard Cordova, through counsel, moves that the Court accept the accompanying character letters out of time. In support of this Motion, Mr. Cordova states as follows:

1. On March 7, 2023, the Court accepted Mr. Cordova's plea of guilty in the above captioned matter.

2. The Court set sentencing for June 1, 2023, at 10:00am.

3. The Parties were ordered to provide sentencing positions and all motions at least 14 days before the sentencing date: May 18, 2023. Counsel understands this to include any accompanying documentation that the defense would like the Court to consider at sentencing.

4. Counsel worked with the family and close friends of Mr. Cordova to obtain letters for the Court to consider in advance of sentencing. Despite these efforts, the letters were only received by counsel on May 22, 2023.

**WHEREFORE**, Mr. Cordova is requesting that this Court, in its discretion, permit the late filling of these letters to be considered in advance of sentencing.

Dated this 22nd day of May, 2023

>Respectfully submitted,
>s/ *Stephen M. Burstein*
>Springer & Steinberg, P.C.
>Attorneys for Defendant
>1600 Broadway, Suite 1200
>Denver, CO 80202
>(303)861-2800
>sburstein@springersteinberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2023, I electronically filed the foregoing pleading with the Clerk of the Court, which will send notification of such filing to the following e-mail addresses:

**AUSA Andrea Lee Surratt**
**Email: andrea.surratt@usdoj.gov**

>s/ *Stacey Lopez*