Dear whomever may be reading this,

I first want to start off by saying that Leonard Micheal Cordova is not only a good person but also a good father. The past year of not having him by my side has really taken a toll on me. The one thing I wanted him to be there for was my graduation from highschool. Not being able to see his face light up in the crowd as I walked the stage made me feel upset. My father not being out here to see everything my siblings and I have accomplished isn't right. I know what he may have done also isn't right but I don't want him to miss out more on our lives than he already has. On May 7, 2022 my had went into labor with her first baby which is also his first grandchild. It would have been amazing if he was there at that moment to tell her everything is going to be okay. Everything happened so fast I wasn't able to give my bestfriend one last hug. Now the only way we communicate is on the phone or through a 30 minute video, that is not enough time to tell him how much he has missed. My father is a good dad who always provided us with what we need and cared for us not matter what. I don't believe he is a bad person like everyone makes him out to be. He should be out here with his children instead of having to be locked up in a prison cell for the time decided. It is not easy out here without him. I sometimes get depressed out here knowing he is in there and that I'm out her living this thing called life

without him. I really need him home, but I understand he has to take accountability for his actions. I just hope the time he is given will not be a whole lot because there is no way I will be able to live out here years without him. He is a truly caring person and also my best friend that I can tell everything to. He didn't mean to hurt anyone, all of it was to protect his children and his home. He made some not so smart decisions but has learned from his mistakes. I just need my father here with my siblings and I. Being the oldest, I now have had to take accountability on making sure my siblings are cared for and doing okay. It isn't easy but I somehow make it work. It is just easier with having him here to help. With my father here everything would be much easier.

Sincerely,
Anyaha Amaya Cordova

RECEIVED
MAY 2 2 2023
BY:_____

Sunday may 14th

Dear whomever is reading this I would like to say personally my dad does not need so much time away from us. He did his wrongs are his wrongs but he doesn't need that much time from family. My dad is a loving guy to where he has missed my sister graduate her years of highschool. He does not need so much time away from us, he has missed the birth of my child his first grandson. His time being in there effects us because my baby cant meet his grandpa for a long period of time. My dad has always been here for us, it gets really hard without him I dont think he deserves this much time away. We miss him so much he missed alot this past year and half and its sad, I don't want him to miss so much. He deserves to get less time because he's missed way to much of his 1 year old grandson. He really does have plans in changing his self for us.

Sincerely,
Lahela

To whom it may concern:

My name is Rian Romero & I am the manager at "On The Edge Barber & Styling." I am writing this letter in hopes that it will help you see the kind of person Leonard Cordova is as I have had the pleasure of knowing him for 10 years & I can say proudly that he is a very close friend of mine as well as associate.

Leonard came to work at "On The Edge Barber & Styling" in 2019 where he quickly established a considerable steady clientele.

Leonard came to work 6 days a week & was very well liked by everyone. Leonard is a great father to his kids & he's also the type of person to give you the shirt off his back, give you his last dollar & always willing to help anyone in need.  He is just a great friend, reliable associate & all around good-guy.

As he continues to better himself &  overcome his adversities I have no doubt that Leonard will achieve great things in every facet of his life. He has a  tremendous amount of support during this time & he will always have a place to work at.

I want to give my appreciation & & gratitude for your time & diligence in this matter, it is very much appreciated.

Rian Romero

To Whom It May Concern:

I would like to introduce myself; my name is Connie Romero. I am kindly & respectfully writing in regards to Leonard Cordova.

I have had the pleasure of knowing Mr. Cordova for 10+ years. I have known him in the following context; as a fellow coworker, a friend, & as a trusted employee of mine.

I own "**On The Edge Barber & Styling**" & Mr. Cordova came to work for me from 2019-2022. He excelled as a skilled Barber with so many positive attributes during his time there.

From what I've witnessed, Mr. Cordova is a good father who loves & supports all of his children. Mr. Cordova is a very respectable & likeable individual amongst many of his peers who speak very highly of his personality & character.

He's also a very hardworking man, working 6 days a week. He was reliable, dependable & always punctual.

He held a good rapport with people & got along well with everyone. I really enjoyed his upbeat & happy presence at work everyday & his job will be waiting for him upon his release.

Thank you for your time.

*Connie Romero*