UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number:   22-cr-00132-RMR

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**LEONARD CORDOVA,**

Defendant.

## DEFENDANT'S ADDENDUM TO MOTION FOR VARIANT SENTENCE

The Defendant, Leonard Cordova, by and through his attorney, Stephen M. Burstein, of the law firm of Springer and Steinberg, P.C., hereby submits this addendum to his Motion for Variant Sentence and respectfully moves this Court to impose a downward variant sentence in this matter.   In support thereof, the Defendant states:

1. On March 7, 2023, Mr. Cordova filed a Motion for Variant Sentence.   In addition to the information provided in his motion, Defendant requests that the Court accept this addendum, and consider the additional information contained herein.

2. There should also be an additional variance because in April of this year, the Sentencing Commission unanimously voted to adopt a proposed amendment that in most cases eliminates the two-point increase in offense level applied where a person committed the instant offense under a criminal justice sentence.   Here, as detailed in the PSR, the probation department added two points because Mr. Cordova committed the offenses in this case while under a criminal justice sentence for Pueblo County Combined Court Case No. 20CR306 and Otero

    County Combined Court Case No. 20T302.   (ECF #52).

3. Probation computed Mr. Cordova's criminal history score at 12 points, which would establish a criminal history category of V.  (ECF #52).  Mr. Cordova filed an objection to the PSR stating that his criminal history category is IV.  (ECF #53). Without the two points added because Mr. Cordova committed the offenses in this case while under a criminal justice sentence in other cases, Mr. Cordova's criminal history category should be lower, and so should the applicable guideline range.

4. For the reasons set forth above and in Mr. Cordova's previously filed Motion for Variant Sentence, Mr. Cordova is asking this Court to further vary from the guideline range and impose a lesser sentence of incarceration to include any conditions the Court deems appropriate.

    **WHEREFORE**, the Defendant respectfully moves this Court to impose a downward variant sentence in this matter, and for such further relief the Court deems just and proper in the premises.

    Dated this 27th day of May, 2023.

    Respectfully submitted,

    /s/ *Stephen M. Burstein*
Stephen M. Burstein
Springer & Steinberg, P.C.
Attorney for Leonard Cordova
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone

(303)832-7116 Telecopier
sburstein@springersteinberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of May, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Andrea Surratt**
Email: Andrea.Surratt@usdoj.gov

/s/ Stephen M. Burstein
Stephen M. Burstein
Springer & Steinberg, P.C.
Attorneys for Leonard Cordova
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
sburstein@springersteinberg.com