IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-132-RMR

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  LEONARD CORDOVA,

 Defendant.

## GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)

 The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files a motion pursuant to U.S.S.G. § 3E1.1(b) as to defendant LEONARD CORDOVA in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

 1. On March 7, 2023, the defendant waived indictment and pled guilty to Counts One, Two, Three, and Four of information 22-cr-132-RMR pursuant to the terms enumerated in a written plea agreement.  [ECF #47-49].  Sentencing is scheduled for June 1, 2023. [ECF #48].

 2. In accordance with the negotiated terms as contained within the plea agreement, the Government moves pursuant to U.S.S.G. § 3E1.1(b) for a one-level reduction in the defendant's offense level because the defendant timely notified the Government of his intent to plead guilty in this matter.

3. The Government respectfully requests that the Court grant the Government's motion upon sentencing of the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves as described herein as to defendant LEONARD CORDOVA.

Respectfully submitted this 30th day of May, 2023.

                COLE FINEGAN
                United States Attorney

By: *s/ Andrea Surratt*
      Andrea Surratt
      Assistant United States Attorney
      U.S. Attorney's Office
      1801 California St., Suite 1600
      Denver, CO 80202
      Telephone: (303) 454-0100
      e-mail: Andrea.Surratt@usdoj.gov