IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00132-RMR-1 | Date: June 1, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |
| Probation Officer: Michelle Sinaka | |

*Parties:*                                                            *Counsel:*

UNITED STATES OF AMERICA,                         Andrea Surratt

   Plaintiff,

v.

1. LEONARD CORDOVA,                                   Harvey Steinberg

   Defendant.

### COURTROOM MINUTES

**SENTENCING**

**10:21 a.m.    Court in session.**

Court calls case. Appearances of counsel.  Defendant present in custody.

Defendant sworn.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:  Government's Motion for Decrease for Acceptance of Responsibility [ECF 64] is GRANTED.**

**ORDERED:**  Government's Motion to Dismiss Counts [ECF 65] is GRANTED.

**ORDERED:**  Government's Motion for Non-Guideline Sentence [ECF 55] is DENIED.

**ORDERED:**  Defendant's Motion for Variant Sentence [ECF 56] is DENIED.

Discussion regarding sentencing guidelines.

**11:38 a.m.**   **Court in recess.**
**11:57 a.m.**   **Court in session.**

Discussion regarding oral Motion by Mr. Steinberg to continue the hearing.

**ORDERED:**  Defendant's oral Motion to Continue is GRANTED. This matter is continued to July 12, 2023 at 2:00 p.m.

**ORDERED:**  Sentencing is deferred as stated on the record.

**ORDERED:**  Defendant is remanded to the custody of the U.S. Marshal.

Defendant advised of right to appeal.

**12:06 p.m.**   **Court in recess.**

Hearing concluded.
Total time in court:    1:26