IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00132-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LEONARD CORDOVA,

    Defendant.

---

**NOTICE**

---

The United States of America, by and through Andrea Surratt, Assistant United States Attorney for the District of Colorado, hereby files its notice that the Government will file a response opposing defendant's "MOTION TO WITHDRAW PLEA" (ECF #69) on the evening of July 10, 2023.

Dated: July 10, 2023

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

By:    <u>s/ Andrea Surratt</u>
    Andrea Surratt
    Assistant United States Attorney
    1801 California St., Suite 1600
    Denver, Colorado 80202
    Phone: (303) 454-0203
    E-mail: Andrea.Surratt@usdoj.gov
    Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this July 10, 2023, I electronically filed the foregoing **NOTICE** with the Clerk of the Court using the CM/ECF systemwhich will send notification of such filing to all parties of record.

*s/Portia Peter*
Legal Assistant
United States Attorney's Office 1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100 Email: Portia.peter@usdoj.gov