IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00132-RMR-1 | Date: July 12, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |
| Probation Officer: Gary Kruck | |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1. LEONARD CORDOVA, | Harvey Steinberg |
| | Taylor Ivy |
| Defendant. | |

### COURTROOM MINUTES

**SENTENCING**

**2:11 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.  Defendant present in custody.

Defendant sworn.

Discussion and argument regarding Defendant's Motion to Withdraw Plea of Guilty [ECF No. 69].

**ORDERED:   Defendant's Motion to Withdraw Plea of Guilty [ECF No. 69] is DENIED for the reasons started on the record.**

Discussion and argument regarding objections to the presentence report, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:** **Defendant shall be imprisoned for 120 months as to Counts 1 and 2 and 151 months as to Counts 3 and 4 to be served concurrently, for a total of 151 months. Upon release from imprisonment, Defendant shall be placed on supervised release for a term of 5 years as to Count 3, and 3 years as to Counts 1, 2, and 4 to be served concurrently, for a total of 5 years.**

**ORDERED:** **Conditions of Supervised Release, as stated on record.**

**ORDERED:** **Defendant shall pay a $400.00 Special Assessment fee, to be paid immediately. No fine is imposed.**

**ORDERED:** **Defendant shall forfeit any interest in property, as stated on record, to the United States.**

**ORDERED:** **Defendant is remanded to the custody of the U.S. Marshal.**

Defendant advised of right to appeal.

**3:12 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:    1:01