# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-132-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEONARD CORDOVA,

        Defendant.

## NOTICE OF APPEAL

    Notice is hereby given that Leonard Cordova, in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the judgment of conviction and sentence entered in this action on the 12th day of July 2023.

Dated July 26, 2023.

        Respectfully submitted,
        s/ Harvey A. Steinberg
        Harvey A. Steinberg
        Springer & Steinberg, P.C.
        Attorney for Defendant
        1400 S. Colorado Blvd., Suite 500
        Denver, CO 80222
        (303) 861-2800
        hsteinberg@springersteinberg.com

*Rev. 12/1/21*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 26th day of July, 2023, I electronically filed the foregoing pleading with the Clerk of the Court, which will send notification of such filing to the following e-mail addresses:

**AUSA Andrea Lee Surratt**
**Email: andrea.surratt@usdoj.gov**

               s/ Stacey Lopez
               For Harvey A. Steinberg
               Springer & Steinberg, P.C.
               Attorney for Defendant
               1400 S. Colorado Blvd., Suite 500
               Denver, CO 80222
               (303) 861-2800
               hsteinberg@springersteinberg.com

*Rev. 12/1/21*