APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: **1:22−cr−00132−RMR−1**

Case title: USA v. Cordova

Magistrate judge case number: 1:22−mj−00065−NRN

Date Filed: 04/19/2022

Date Terminated: 07/19/2023

Assigned to: Judge Regina M. Rodriguez

**Defendant (1)**

| | | |
|---|---|---|
| **Leonard Cordova**<br>*TERMINATED: 07/19/2023* | represented by | **Craig Lee Pankratz**<br>Denver City Attorney's Office<br>201 West Colfax Avenue<br>Department 1108<br>Denver, CO 80202<br>720−913−3100<br>Email: craig.pankratz@denvergov.org<br>*ATTORNEY TO BE NOTICED*<br><br>**Harvey Abe Steinberg**<br>Springer and Steinberg, P.C.<br>1400 South Colorado Boulevard<br>Suite 500<br>Denver, CO 80222<br>303−861−2800<br>Email: hsteinberg@springersteinberg.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Mary Virginia Butterton**<br>Federal Public Defender's Office<br>Districts of Colorado and Wyoming<br>633 17th Street<br>Suite 1000<br>Denver, CO 80202<br>303−294−7002<br>Fax: 303−294−7002<br>Email: mary_butterton@fd.org<br>*TERMINATED: 06/22/2022*<br>*Designation: Public Defender or Community Defender Appointment* |

**Stephen Michael Burstein**
Springer and Steinberg, P.C.
1400 South Colorado Boulevard
Suite 500
Denver, CO 80222
303−861−2800
Fax: 303−832−7116
Email: sburstein@springersteinberg.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| Possession of a Firearm/Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1) (1s–2s) | 151 months, consisting of 120 months as to Counts 1 and 2, and 151 months as to Counts 3 and 4, to be served concurrently. Supervised Release for a term of Three (3) years as to Counts 1, 2, and 4, and five (5) years as to Count 3. All counts to be served concurrently. $400 special assessment. |
| Distribution of a controlled substance, 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) (3s) | 151 months, consisting of 120 months as to Counts 1 and 2, and 151 months as to Counts 3 and 4, to be served concurrently. Supervised Release for a term of Three (3) years as to Counts 1, 2, and 4, and five (5) years as to Count 3. All counts to be served concurrently. $400 special assessment. |
| Distribution of a controlled substance, 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) (4s) | 151 months, consisting of 120 months as to Counts 1 and 2, and 151 months as to Counts 3 and 4, to be served concurrently. Supervised Release for a term of Three (3) years as to Counts 1, 2, and 4, and five (5) years as to Count 3. All counts to be served concurrently. $400 special assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 922(g)(1) – Possession of a Firearm/Ammunition by a Prohibited Person (1–2) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|

18 U.S.C. § 922(g)(1) Prohibited
Person in Possession of
Firearm/Ammunition

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Andrea Lee Surratt**<br>U.S. Attorney's Office<br>District of Colorado<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303–454–0124<br>Email: andrea.surratt@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2022 | 1 | COMPLAINT as to Leonard Cordova (1). (Attachments: # 1 Affidavit, # 2 Criminal Information Sheet) (csarr, ) [1:22–mj–00065–NRN] (Entered: 04/13/2022) |
| 04/13/2022 | 2 | Arrest Warrant Issued in case as to Leonard Cordova. (csarr, ) [1:22–mj–00065–NRN] (Entered: 04/13/2022) |
| 04/15/2022 | 3 | Arrest of Leonard Cordova Initial Appearance set for 4/15/2022 02:00 PM in Courtroom C203 before Magistrate Judge N. Reid Neureiter. (Text Only entry). (alave, ) [1:22–mj–00065–NRN] (Entered: 04/15/2022) |
| 04/15/2022 | 4 | MINUTE ENTRY for proceedings held before Magistrate Judge N. Reid Neureiter: Initial Appearance as to Leonard Cordova held on 4/15/2022. Defendant present in custody, Defendant advised, Court appoints counsel. Detention Hearing set for 4/19/2022 at 10:00 AM in Courtroom C203 before Magistrate Judge N. Reid Neureiter. A Preliminary Examination is set for 4/29/2022 at 10:00 AM in Courtroom C201 before Magistrate Judge S. Kato Crews. Defendant remanded. (Total time: 6 minutes, Hearing time: 2:27 – 2:33)<br><br>**APPEARANCES**: Andrea Surratt on behalf of the Government, Laura Suelau on behalf of the defendant, Seth Junker on behalf of pretrial. FTR: Courtroom C203. (rvill, ) Text Only Entry [1:22–mj–00065–NRN] (Entered: 04/15/2022) |
| 04/15/2022 | 5 | CJA 23 Financial Affidavit by Leonard Cordova. (rvill, ) [1:22–mj–00065–NRN] (Entered: 04/15/2022) |
| 04/15/2022 | 6 | ORDER APPOINTING COUNSEL as to Leonard Cordova by Magistrate Judge N. Reid Neureiter on April 15, 2022. Text Only Entry (rvill, ) [1:22–mj–00065–NRN] (Entered: 04/15/2022) |
| 04/18/2022 | 7 | NOTICE OF ATTORNEY APPEARANCE: Mary Virginia Butterton appearing for Leonard CordovaAttorney Mary Virginia Butterton added to party Leonard Cordova(pty:dft) (Butterton, Mary) [1:22–mj–00065–NRN] (Entered: 04/18/2022) |

| 04/18/2022 | 8 | Unopposed MOTION for Order *to Continue Detention Hearing to Afternoon Docket* by Leonard Cordova. (Butterton, Mary) [1:22−mj−00065−NRN] (Entered: 04/18/2022) |
|---|---|---|
| 04/18/2022 | 9 | Minute ORDER as to Leonard Cordova (1) by Magistrate Judge N. Reid Neureiter on 18 April 2022. Finding good cause, it is hereby ORDERED that the Unopposed Motion to Continue Detention Hearing to Afternoon Docket (Dkt. # 8 ) is granted. Mr. Cordova's Detention Hearing set for April 19, 2022 at 10:00 a.m. is VACATED and RESET to April 19, 2022 at 2:00 p.m. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) [1:22−mj−00065−NRN] (Entered: 04/18/2022) |
| 04/19/2022 | 10 | Arrest Warrant Returned Executed on 4/15/2022 in case as to Leonard Cordova. (cmadr, ) [1:22−mj−00065−NRN] (Entered: 04/19/2022) |
| 04/19/2022 | 11 | MINUTE ENTRY for proceedings held before Magistrate Judge N. Reid Neureiter: Detention Hearing as to Leonard Cordova held on 4/19/2022. Defendant present in custody. Defendant advised. Government is seeking detention and Defendant is contesting detention. Argument by Counsel regarding detention. For reasons stated on the record, Defendant is ORDERED DETAINED. Defendant remanded. (Total time: 16 minutes, Hearing time: 2:14 – 2:30)<br><br>**APPEARANCES**: Andrea Surratt on behalf of the Government, Mary Butterton on behalf of the defendant, Colin Linde on behalf of pretrial. FTR: Courtroom C203. (rvill, ) Text Only Entry [1:22−mj−00065−NRN] (Entered: 04/19/2022) |
| 04/19/2022 | 13 | INDICTMENT as to Leonard Cordova (1) count(s) 1−2. (Attachments: # 1 Criminal Information Sheet) (angar, ) (Entered: 04/20/2022) |
| 04/19/2022 | 14 | RESTRICTED DOCUMENT − Level 4: as to Leonard Cordova. (angar, ) (Main Document 14 replaced on 4/28/2022) (angar, ). (Entered: 04/20/2022) |
| 04/19/2022 | 15 | Utility Setting/Resetting Deadlines/Hearings as to Leonard Cordova: Arraignment and Discovery is set for 4/29/2022 at 10:00 AM in Courtroom C201 before Magistrate Judge S. Kato Crews. Text Only Entry (angar, ) (Entered: 04/20/2022) |
| 04/20/2022 | 12 | ORDER OF DETENTION as to Leonard Cordova by Magistrate Judge N. Reid Neureiter on April 20, 2022. (rvill, ) [1:22−mj−00065−NRN] (Entered: 04/20/2022) |
| 04/29/2022 | 16 | MINUTE ENTRY for Arraignment, Discovery, as to Leonard Cordova held on 4/29/2022 before Magistrate Judge S. Kato Crews. Defendant present in custody, Defendant waives further reading and advisement, Plea of NOT GUILTY entered by defendant, Discovery memorandum executed, Defendant remanded, Counsel is directed to chambers, (Total time: 2 minutes, Hearing time: 10:11−10:13)<br><br>**APPEARANCES**: Rebecca Weber on behalf of the Government, Mary Butterton on behalf of the defendant, Joshua Roth on behalf of pretrial. FTR: SKC−FTR. (cpomm, ) Text Only Entry (Entered: 04/29/2022) |
| 04/29/2022 | 17 | Discovery Conference Memorandum and ORDER: Estimated Trial Time – 5 or less days as to Leonard Cordova by Magistrate Judge S. Kato Crews on April 29, 2022. (cpomm, ) (Entered: 04/29/2022) |
| 04/29/2022 | 18 | ORDER as to Leonard Cordova. Pretrial Motions due by **5/9/2022.** Responses due by **5/20/2022.** If counsel believe an evidentiary hearing on motions is necessary, they shall confer and e−mail Chambers at Rodriguez_Chambers@cod.uscourts.gov no later |

| | | |
|---|---|---|
| | | than **5/23/2022** to set such a hearing. Final Trial Preparation Conference/Change of Plea Hearing set for **5/31/2022 at 4:00 PM** in Courtroom A 702 before Judge Regina M. Rodriguez. **Five−day** Jury Trial set to commence **6/13/2022 at 9:00 AM** with Jury Selection scheduled for the morning of trial. SO ORDERED by Judge Regina M. Rodriguez on 4/29/2022. Text Only Entry (rmrja, ) (Entered: 04/29/2022) |
| 05/05/2022 | 19 | Unopposed MOTION for Order *to Exclude Ninety (90) Days from the Requirements of the Speedy Trial Act* by Leonard Cordova. (Butterton, Mary) (Entered: 05/05/2022) |
| 05/05/2022 | 20 | BAIL REPORT as to Leonard Cordova. (rmaya, ) (Entered: 05/05/2022) |
| 05/10/2022 | 21 | ORDER Granting Defendant's 19 Unopposed Motion to Exclude 90 Days from the Requirements of the Speedy Trial Act Motion to Continue as to Leonard Cordova (1). The 70−day clock, exclusive of tolled time, shall accordingly be extended from June 24, 2022 to September 22, 2022. The current trial date and all pretrial deadlines are hereby VACATED. The five−day jury trial is reset for September 19, 2022. The Trial Preparation Conference/Change of Plea Hearing is reset for September 6, 2022 at 3:00 PM. Defendant shall have to and including August 8, 2022 to file pretrial motions, and responses to these motions shall be filed by August 22, 2022. If counsel believe an evidentiary hearing on motions is necessary, they shall confer and email Chambers at Rodriguez_Chambers@cod.uscourts.gov by August 24, 2022. SO ORDERED by Judge Regina M. Rodriguez. (angar, ) (Entered: 05/10/2022) |
| 06/21/2022 | 22 | NOTICE OF ATTORNEY APPEARANCE: Harvey Abe Steinberg appearing for Leonard CordovaAttorney Harvey Abe Steinberg added to party Leonard Cordova(pty:dft) (Steinberg, Harvey) (Entered: 06/21/2022) |
| 06/21/2022 | 23 | MOTION to Withdraw as Attorney by Mary Butterton by Leonard Cordova. (Butterton, Mary) (Entered: 06/21/2022) |
| 06/22/2022 | 24 | ORDER granting 23 Motion to Withdraw as Attorney. Mary Virginia Butterton is permitted to withdraw as counsel for Defendant Leonard Cordova. The Court notes that Defendant continues to be represented by Harvey Steinberg. FURTHER ORDERED that the Clerk of the Court is DIRECTED to delete Ms. Butterton's email address from future ECF filings and electronic notifications in this matter. SO ORDERED by Judge Regina M. Rodriguez on 6/22/2022. Text Only Entry (rmrja) (Entered: 06/22/2022) |
| 08/08/2022 | 25 | NOTICE OF ATTORNEY APPEARANCE: Craig Lee Pankratz appearing for Leonard CordovaAttorney Craig Lee Pankratz added to party Leonard Cordova(pty:dft) (Pankratz, Craig) (Entered: 08/08/2022) |
| 08/08/2022 | 26 | MOTION to Suppress *Evidence Obtained from Defendant's House* by Leonard Cordova. (Attachments: # 1 Exhibit Exhibit 1 First Warrant to Search House, # 2 Exhibit Exhibit 2 Second Warrant to Search House)(Pankratz, Craig) (Entered: 08/08/2022) |
| 08/08/2022 | 27 | MOTION to Suppress *Statements* by Leonard Cordova. (Attachments: # 1 Exhibit Exhibit 1 First Miranda Form, # 2 Exhibit Exhibit 2 Second Miranda Form)(Pankratz, Craig) (Entered: 08/08/2022) |
| 08/08/2022 | 28 | MOTION to Suppress *Evidence Obtained from Defendant's Person* by Leonard Cordova. (Pankratz, Craig) (Entered: 08/08/2022) |
| 08/08/2022 | 29 | MOTION to Suppress *Evidence Obtained from Defendant's Vehicle* by Leonard Cordova. (Attachments: # 1 Exhibit Exhibit 1 Warrant to Search Vehicle)(Pankratz, |

| | | |
|---|---|---|
| | | Craig) (Entered: 08/08/2022) |
| 08/08/2022 | 30 | MOTION to Suppress *Evidence Obtained from Defendant's Telephone* by Leonard Cordova. (Attachments: # 1 Exhibit Exhibit 1 Consent Form)(Pankratz, Craig) (Entered: 08/08/2022) |
| 08/09/2022 | 31 | Joint MOTION for Order *To Exclude Time From the Speedy Trial Clock* by USA as to Leonard Cordova. (Surratt, Andrea) (Entered: 08/09/2022) |
| 08/15/2022 | 32 | ORDER Granting 14 Joint Motion for Exclusion of Time Under the Speedy Trial Act and for Extension of Motions Deadline as to Leonard Cordova (1). The 70−day clock, exclusive of tolled time, shall accordingly be extended from September 22, 2022 to November 21, 2022. The current trial date and all pretrial deadlines are hereby VACATED. The five−day jury trial is reset for November 7, 2022. The Trial Preparation Conference/Change of Plea Hearing is reset for October 24, 2022 at 10:00 AM. Defendant shall have to and including September 26, 2022 to file pretrial motions, and responses to these motions shall be filed by October 11, 2022. If no motions are filed by September 26, 2022, the Court will deem defendant to have waived any such motions. If counsel believe an evidentiary hearing on motions is necessary, they shall confer and email Chambers at Rodriguez_Chambers@cod.uscourts.gov by October 13, 2022. ORDERED by Judge Regina M. Rodriguez on 8/15/2022. (angar, ) (Entered: 08/15/2022) |
| 08/19/2022 | 33 | MOTION for Protective Order by USA as to Leonard Cordova. (Attachments: # 1 Proposed Order (PDF Only))(Surratt, Andrea) (Entered: 08/19/2022) |
| 08/22/2022 | 34 | PROTECTIVE ORDER, by Judge Regina M. Rodriguez on 8/22/2022. (rmrja) (Entered: 08/22/2022) |
| 09/29/2022 | 35 | Unopposed MOTION to Continue *For Ends of Justice Continuance* by Leonard Cordova. (Steinberg, Harvey) (Entered: 09/29/2022) |
| 10/04/2022 | 36 | ORDER Granting 35 Unopposed Ends=of0Justice Motion to Continue Trial as to Leonard Cordova (1). The 70−day clock, exclusive of tolled time, shall accordingly be extended from November 21, 2022 to January 5, 2023. The current trial date and all pretrial deadlines are hereby VACATED. The five− day jury trial is reset for December 12, 2022. The Trial Preparation Conference/Change of Plea Hearing is reset for November 30, 2022 at 3:00 PM. Defendant shall have to and including October 31, 2022 to file pretrial motions, and responses to these motions shall be filed by November 14, 2022. If no motions are filed by October 31, 2022, the Court will deem defendant to have waived any such motions. If counsel believe an evidentiary hearing on motions is necessary, they shall confer and email Chambers at Rodriguez_Chambers@cod.uscourts.gov by November 16, 2022. ORDERED by Judge Regina M. Rodriguez on 10/4/2022. (angar, ) (Entered: 10/04/2022) |
| 11/04/2022 | 37 | Unopposed MOTION to Continue *Motions Hearing and Trial Date* by Leonard Cordova. (Steinberg, Harvey) (Entered: 11/04/2022) |
| 11/04/2022 | 38 | ORDER as to Leonard Cordova. The Court is in receipt of Defendant's 37 Unopposed MOTION to Continue *Motions Hearing and Trial Date*. Although counsel for Defendant states he conferred with counsel for the government, he did not discuss the specific length of the continuance. Counsel for government is ORDERED to provide her position by no later than **11/7/2022.** SO ORDERED by Judge Regina M. Rodriguez on 11/4/2022. Text Only Entry (rmrja) (Entered: 11/04/2022) |

| | | |
|---|---|---|
| 11/04/2022 | 39 | STATEMENT by Plaintiff USA (Surratt, Andrea) (Entered: 11/04/2022) |
| 11/10/2022 | 40 | ORDER Granting 37 Defendant's Unopposed Motion to Continue Motions Hearing and Trial Date as to Leonard Cordova (1). The 70−day clock, exclusive of tolled time, shall accordingly be extended from January 5, 2023, to March 16, 2023. The current trial date and all pretrial deadlines are hereby VACATED. The 5−day jury trial is reset for March 13, 2023. The Trial Preparation Conference/Change of Plea Hearing is reset for March 1, 2023 at 3:00 PM. Defendant shall have to and including January 30, 2023, to file pretrial motions, and responses to these motions shall be filed by February 13, 2023. If no motions are filed by January 30, 2023, the Court will deem Defendant to have waived any such motions. If counsel believe an evidentiary hearing on motions is necessary, they shall confer and email Chambers at Rodriguez_Chambers@cod.uscourts.gov by February 15, 2023. ORDERED by Judge Regina M. Rodriguez on 11/10/2022. (angar, ) (Entered: 11/10/2022) |
| 01/16/2023 | 41 | NOTICE of Disposition by Leonard Cordova (Steinberg, Harvey) (Entered: 01/16/2023) |
| 01/17/2023 | 42 | ORDER re 41 as to Leonard Cordova. The Court AFFIRMS the Change of Plea Hearing set for Defendant on 3/1/2023, at 3:00PM in Courtroom A901 before Judge Regina M. Rodriguez. This Change of Plea Hearing is set in lieu of the Final Trial Preparation Conference, which, along with the trial date, will remain as scheduled, and will not be vacated until Defendant's plea is entered and accepted by the Court. Counsel for the parties shall email a courtesy copy of the Plea Agreement to Judge Rodriguez's Chambers at Rodriguez_Chambers@cod.uscourts.gov and to the Probation Department no less than three business days (or by 2/24/2023) before the Change of Plea Hearing. If a courtesy copy is not timely submitted, the hearing may be vacated. The original and one copy of the Statement by Defendant and Plea Agreement shall be delivered to the courtroom deputy in the courtroom at the time of the hearing (D.C.COLO.LCrR 11.1(e)(1)). FURTHER ORDERED that defense counsel who has reviewed and advised Defendant regarding the facts, discovery, and plea agreement must attend this Change of Plea Hearing. SO ORDERED by Judge Regina M. Rodriguez on 1/17/2023. Text Only Entry (rmrja) (Entered: 01/17/2023) |
| 02/21/2023 | 43 | Unopposed MOTION to Continue *Change of Plea Hearing* by Leonard Cordova. (Steinberg, Harvey) (Entered: 02/21/2023) |
| 02/21/2023 | 44 | ORDER granting 43 Unopposed Motion to Continue as to Leonard Cordova (1). For good cause shown, the Change of Plea/Trial Preparation Conference previously set for 3/1/2023 is VACATED and RESET for **3/7/2023 at 1:00 PM** in Courtroom A 901 before Judge Regina M. Rodriguez. This Change of Plea Hearing is set in lieu of the Final Trial Preparation Conference, which, along with the trial date, will remain as scheduled, and will not be vacated until Defendant's plea is entered and accepted by the Court. Counsel for the parties shall email a courtesy copy of the Plea Agreement to Judge Rodriguez's Chambers at Rodriguez_Chambers@cod.uscourts.gov and to the Probation Department no less than three business days (or by 3/2/2023) before the Change of Plea Hearing. If a courtesy copy is not timely submitted, the hearing may be vacated. The original and one copy of the Statement by Defendant and Plea Agreement shall be delivered to the courtroom deputy in the courtroom at the time of the hearing (D.C.COLO.LCrR 11.1(e)(1)). FURTHER ORDERED that defense counsel who has reviewed and advised Defendant regarding the facts, discovery, and plea agreement must attend this Change of Plea Hearing. SO ORDERED by Judge Regina M. Rodriguez on 2/21/2023. Text Only Entry (rmrja) (Entered: 02/21/2023) |

| | | |
|---|---|---|
| 03/02/2023 | 45 | ORDER as to Leonard Cordova. Due to a conflict on the Court's Calendar, the Change of Plea Hearing/Trial Preparation Conference set for 3/7/2023 at 1:00 PM is VACATED and RESET for 3/7/2023 at 10:00 AM in Courtroom A 901 before Judge Regina M. Rodriguez. THIS IS A CHANGE IN TIME ONLY. SO ORDERED by Judge Regina M. Rodriguez on 3/2/2023. Text Only Entry (rmrja) (Entered: 03/02/2023) |
| 03/07/2023 | 46 | NOTICE OF ATTORNEY APPEARANCE: Stephen Michael Burstein appearing for Leonard CordovaAttorney Stephen Michael Burstein added to party Leonard Cordova(pty:dft) (Burstein, Stephen) (Entered: 03/07/2023) |
| 03/07/2023 | 47 | INFORMATION as to Leonard Cordova (1) count(s) 1s−2s, 3s, 4s. (Attachments: # 1 Penalty Sheet) (kmyha) (Entered: 03/07/2023) |
| 03/07/2023 | 48 | COURTROOM MINUTES for Change of Plea Hearing as to Leonard Cordova held on 3/7/2023 before Judge Regina M. Rodriguez. Change of Plea Hearing as to Leonard Cordova held on 3/7/2023. Plea entered by Leonard Cordova (1) Guilty Count 1s−2s,3s,4s. Sentencing set for 6/1/2023 10:00 AM in Courtroom A 901 before Judge Regina M. Rodriguez. Court Reporter: Terri Lindblom. (kmyha) (Entered: 03/07/2023) |
| 03/07/2023 | 49 | PLEA AGREEMENT as to Leonard Cordova (kmyha) (Entered: 03/07/2023) |
| 03/07/2023 | 50 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Leonard Cordova (kmyha) (Entered: 03/07/2023) |
| 04/26/2023 | 52 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Leonard Cordova (Attachments: # 1 Exhibit A)(ksilva) (Entered: 04/26/2023) |
| 05/10/2023 | 53 | OBJECTION/RESPONSE to Presentence Report 52 by Leonard Cordova (Burstein, Stephen) (Entered: 05/10/2023) |
| 05/16/2023 | 54 | RESPONSE by USA as to Leonard Cordova re: 53 Objection/Response to Presentence Report filed by Leonard Cordova (Surratt, Andrea) (Entered: 05/16/2023) |
| 05/17/2023 | 55 | MOTION for Non−Guideline Sentence by USA as to Leonard Cordova. (Surratt, Andrea) (Entered: 05/17/2023) |
| 05/17/2023 | 56 | MOTION for Non−Guideline Sentence *Defendant's Motion for Variant Sentence* by Leonard Cordova. (Burstein, Stephen) (Entered: 05/17/2023) |
| 05/18/2023 | 57 | NOTICE *OF CONVENTIONAL FILING* re 55 MOTION for Non−Guideline Sentence by USA as to Leonard Cordova (Surratt, Andrea) (Entered: 05/18/2023) |
| 05/18/2023 | 60 | Conventionally Submitted Material : Flash Card re: 57 NOTICE OF CONVENTIONAL FILING re 55 MOTION for Non−Guideline Sentence by USA − Material placed in the oversized area D−5−8 of the Clerk's Office. Text Only Entry. (angar, ) (Entered: 05/22/2023) |
| 05/19/2023 | 58 | RESTRICTED PRESENTENCE REPORT as to Leonard Cordova (Attachments: # 1 Exhibit A). (tfont) (Entered: 05/19/2023) |
| 05/19/2023 | 59 | RESTRICTED ADDENDUM to Presentence Report 58 as to Leonard Cordova. (tfont) (Entered: 05/19/2023) |
| 05/22/2023 | 61 | MOTION for Leave to File *Character Letters Out of Time* by Leonard Cordova. (Attachments: # 1 Exhibit Character Letters)(Burstein, Stephen) (Entered: 05/22/2023) |

| | | |
|---|---|---|
| 05/23/2023 | 62 | ORDER granting 61 Motion to Accept Character Letters Out of Time as to Leonard Cordova (1). The attached 61 −1 Character Letters are accepted by the Court. SO ORDERED by Judge Regina M. Rodriguez on 5/23/2023. Text Only Entry (rmrja) (Entered: 05/23/2023) |
| 05/27/2023 | 63 | SUPPLEMENT *Defendant's Addendum to Motion for Variant Sentence* to 56 MOTION for Non−Guideline Sentence *Defendant's Motion for Variant Sentence* by Leonard Cordova (Burstein, Stephen) (Entered: 05/27/2023) |
| 05/30/2023 | 64 | MOTION for Decrease for Acceptance of Responsibility by USA as to Leonard Cordova. (Surratt, Andrea) (Entered: 05/30/2023) |
| 05/30/2023 | 65 | MOTION to Dismiss Counts by USA as to Leonard Cordova. (Surratt, Andrea) (Entered: 05/30/2023) |
| 06/01/2023 | 66 | COURTROOM MINUTES for Sentencing held on 6/1/2023 as to defendant Leonard Cordova before Judge Regina M. Rodriguez.denying 55 Motion for Non−Guideline Sentence as to Leonard Cordova (1); denying 56 Motion for Non−Guideline Sentence as to Leonard Cordova (1); granting 64 Motion for Decrease for Acceptance of Responsibility as to Leonard Cordova (1); This matter is continued to 7/12/2023 02:00 PM in Courtroom A 901 before Judge Regina M. Rodriguez. Court Reporter: Terri Lindblom. (kmyha) (Entered: 06/01/2023) |
| 06/27/2023 | 67 | REVISED RESTRICTED PRESENTENCE REPORT as to Leonard Cordova (Attachments: # 1 Exhibit A). (tfont) (Entered: 06/27/2023) |
| 06/27/2023 | 68 | RESTRICTED SECOND ADDENDUM to Presentence Report 67 as to Leonard Cordova. (tfont) (Entered: 06/27/2023) |
| 07/10/2023 | 69 | MOTION to Withdraw Plea of Guilty by Leonard Cordova. (Burstein, Stephen) (Entered: 07/10/2023) |
| 07/10/2023 | 70 | NOTICE re 69 MOTION to Withdraw Plea of Guilty by USA as to Leonard Cordova (Surratt, Andrea) (Entered: 07/10/2023) |
| 07/10/2023 | 71 | RESPONSE in Opposition by USA as to Leonard Cordova re 69 MOTION to Withdraw Plea of Guilty (Surratt, Andrea) (Entered: 07/10/2023) |
| 07/12/2023 | 72 | COURTROOM MINUTES for Sentencing held on 7/12/2023 as to defendant Leonard Cordova before Judge Regina M. Rodriguez.denying 69 Motion to Withdraw Plea of Guilty as to Leonard Cordova (1). Defendant sentenced as reflected on the record. Court Reporter: Terri Lindblom. (kmyha) (Entered: 07/13/2023) |
| 07/19/2023 | 73 | JUDGMENT as to defendant Leonard Cordova (1), Count(s) 1−2, Dismissed; Count(s) 1s−2s, 3s, 4s, 151 months, consisting of 120 months as to Counts 1 and 2, and 151 months as to Counts 3 and 4, to be servedconcurrently. Supervised Release for a term of Three (3) years as to Counts 1, 2, and 4, and five (5) years as to Count 3. All counts to be served concurrently. $400 special assessment. Entered by Judge Regina M. Rodriguez on 7/19/2023. (kmyha) (Entered: 07/19/2023) |
| 07/19/2023 | 74 | STATEMENT OF REASONS as to Leonard Cordova. (kmyha) (Entered: 07/19/2023) |
| 07/26/2023 | 75 | NOTICE OF APPEAL as to 73 Judgment, by Leonard Cordova. ( Filing fee $ 505, Receipt Number ACODC−9217375) (Steinberg, Harvey) (Entered: 07/26/2023) |

Case No. 1:22-cr-00132-RMR Document 76-1 filed 07/26/23 USDC Colorado pg 10 of 18
Case 1:22-cr-00132-RMR Document 73 Filed 07/19/23 USDC Colorado pg 1 of 7

AO 245B (CO Rev. 11/20)     Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
### District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>LEONARD CORDOVA | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:    1:22-cr-00132-RMR-1<br><br>USM Number:    96280-509<br><br>Harvey Abe Steinberg and Stephen Michael Burstein<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1 through 4 of the Information

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm/Ammunition | 09/12/2021 | 1 |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm/Ammunition | 09/19/2021 | 2 |
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | Distribution of a Controlled Substance (Methamphetamine) | 10/19/2020 | 3 |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | Distribution of a Controlled Substance (Heroin) | 02/19/2021 | 4 |

The defendant is sentenced as provided in pages 2 through    7    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒    The Indictment    ☒ is    ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 12, 2023
Date of Imposition of Judgment

_[Signature]_
Signature of Judge

Regina M. Rodriguez, United States District Judge
Name and Title of Judge

July 19, 2023
Date

DEFENDANT: LEONARD CORDOVA
CASE NUMBER: 1:22-cr-00132-RMR-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **One-hundred and fifty-one (151) months, consisting of 120 months as to Counts 1 and 2, and 151 months as to Counts 3 and 4, to be served concurrently. This sentence is to be served concurrently with the sentence imposed in Pueblo County Combined Court, Case Number 21CR1387.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment — Page 3 of 7

DEFENDANT: LEONARD CORDOVA
CASE NUMBER: 1:22-cr-00132-RMR-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: **Three (3) years as to Counts 1, 2, and 4, and five (5) years as to Count 3. All counts to be served concurrently.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and a maximum of 20 tests per year of supervision thereafter.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Judgment — Page 4 of 7

DEFENDANT: LEONARD CORDOVA
CASE NUMBER: 1:22-cr-00132-RMR-1

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may, after obtaining Court approval, notify the person about the risk or require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.


## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.


Defendant's Signature _____ Date _____

Case No. 1:22-cv-02232-RMR-DCR Document 76-1 filed 07/28/23 USDC Colorado pg 14 of 18
Case 1:22-cr-00132-RMR Document 73 Filed 03/19/23 Page 5 of 7

AO 245B (CO Rev. 11/20) Judgment in Criminal Case

Judgment — Page 5 of 7

DEFENDANT: LEONARD CORDOVA
CASE NUMBER: 1:22-cr-00132-RMR-1

## SPECIAL CONDITIONS OF SUPERVISION

1. You must participate in a program of testing and/or treatment for substance abuse approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must abstain from the use of alcohol or other intoxicants during the course of treatment. You must not attempt to obstruct, tamper with or circumvent the testing methods. You must pay for the cost of testing and/or treatment based on your ability to pay.
2. You must participate in a program of mental health treatment approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must pay for the cost of treatment based on your ability to pay.
3. You must submit your person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
4. You must not knowingly associate with or have contact with any individuals you know to be or have reason to believe are gang members and must not participate in gang activity, to include displaying gang paraphernalia.

Judgment — Page 6 of 7

DEFENDANT: LEONARD CORDOVA
CASE NUMBER: 1:22-cr-00132-RMR-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on the following page.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment****  |
|---|---|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

**TOTALS** $ _____ $ _____

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the following page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

  ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Publ. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: LEONARD CORDOVA
CASE NUMBER: 1:22-cr-00132-RMR-1

Judgment — Page 7 of 7

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Case Number
    Defendant and Co-Defendant Names
    *(including defendant number)*      Total Amount      Joint and Several Amount      Corresponding Payee, if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:
Any firearm or ammunition used in the commission of the offenses of conviction.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 22-cr-132-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEONARD CORDOVA,

        Defendant.

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Leonard Cordova, in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the judgment of conviction and sentence entered in this action on the 12th day of July 2023.

Dated July 26, 2023.

        Respectfully submitted,
        s/ Harvey A. Steinberg
        Harvey A. Steinberg
        Springer & Steinberg, P.C.
        Attorney for Defendant
        1400 S. Colorado Blvd., Suite 500
        Denver, CO 80222
        (303) 861-2800
        hsteinberg@springersteinberg.com

*Rev. 12/1/21*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2023, I electronically filed the foregoing pleading with the Clerk of the Court, which will send notification of such filing to the following e-mail addresses:

AUSA Andrea Lee Surratt
Email: andrea.surratt@usdoj.gov

                                         s/ Stacey Lopez
                                         For Harvey A. Steinberg
                                         Springer & Steinberg, P.C.
                                         Attorney for Defendant
                                         1400 S. Colorado Blvd., Suite 500
                                         Denver, CO 80222
                                         (303) 861-2800
                                         hsteinberg@springersteinberg.com

*Rev. 12/1/21*