IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cr-00132-RMR

UNITED STATES OF AMERICA,

 Plaintiff,

v.

LEONARD CORDOVA,

 Defendant.

## MOTION TO WITHDRAW AS COUNSEL

 Craig L. Pankratz, as counsel of record for Leonard Cordova ("Defendant"), hereby moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

 1. <u>Certificate Pursuant to D.C.COLO.LCivR 7.1</u>: Because this motion is brought pursuant to D.C.COLO.LAttyR 5(b), conferral is not required. See D.C.COLO.LCivR 7.1(b)(4).

 2. Craig L. Pankratz previously represented this Defendant while employed at Springer and Steinberg, P.C. Mr. Pankratz resigned his employment with Springer and Steinberg, P.C. as of April 30, 2023. Therefore, good cause exists to allow Mr. Pankratz to withdraw as counsel in this matter consistent with D.C.COLO.LAttyR 5(b).

 3. Craig L. Pankratz and the Denver City Attorney's Office do not need to be noticed regarding this case.

4. The Attorneys at Springer and Steinberg, P.C. will continue to represent Defendant Leonard Cordova in this action as counsel of record.

5. Defendant can be contacted at Springer & Steinberg, P.C. at 1400 S. Colorado Blvd, #500, Denver CO 80222, law@springersteinberg.com, (303) 861-2800.

6. No parties will be prejudiced by the withdrawal of undersigned counsel and no delay will be caused by the Court's granting of the relief sought in this motion because the Attorneys at Springer and Steinberg, P.C. will continue to represent the defendant in this matter.

Wherefore, for good cause shown, undersigned counsel, Craig L. Pankratz, respectfully requests that this Court enter an order permitting his withdrawal as counsel of record for Defendant in this action.

DATED this 9th day of October, 2023.

Respectfully submitted,

 s/ Craig L. Pankratz
Craig L. Pankratz, Esq.
Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, CO 80202-5332
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
Email: craig.pankratz@denvergov.org
*Attorney for Defendant* Leonard Cordova

**CERTIFICATE OF SERVICE**

I certify that on this 9th day of October, 2023, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of the Court using the CM/ECF system which will send a true and accurate copy of the same to all attorneys of record.

*s/ Craig L. Pankratz*
Denver City Attorney's Office

3